

DoDots, Inc.
830 Stewart Drive, Suite A
Sunnyvale, CA 94085

tel 408 331 7200
fax 408 331 7410
www.DoDots.com

**FOR IMMEDIATE RELEASE**

**Press Contacts:**

Julie O'Grady, DoDots, Inc.
408-331-7294; julie@dodots.com

Virginia Jamieson, Eastwick Communications
650-480-4068; virginia@eastwick.com

## DoDots Named "Investors' Choice" Winner at Technologic Partners' Internet Outlook Conference in Burlingame, California

SUNNYVALE, California – September 20, 2000 – DoDots, Inc., a digital infrastructure company, has been named one of those "most likely to succeed" at Internet Outlook 2000, a conference where key industry executives and investors rate company prospects for success. Among those attending were venture capitalists, money managers, investment bankers, and industry executives from leading e-commerce companies like MP3.com, Screaming Media, Lycos, Travelocity, Modem Media, and Vignette.

"As a recipient of the Investors' Choice award, DoDots was recognized above and beyond other presenting companies to receive one of 10 Investors' Choice awards. We believe DoDots exemplifies the key characteristics needed to succeed in this competitive market environment and are looking forward to seeing its positive growth in the coming year," said Richard A. Shaffer, founder of Technologic Partners. Votes by the audience were supplemented by recommendations from a panel of distinguished technology investors and observers including Stewart Alsop, general partner at New Enterprise Associates; Alex Baluta, principal at Robertson Stephens; and Steve Jurvetson, managing director at Draper Fisher Jurvetson.

"We are honored to have been selected by the Internet Outlook audience and the esteemed technology investor panel to receive the Investors' Choice Award," said George Kembel, CEO of DoDots. "This validation of our business is strongly supported by the results our technology is delivering to customers who are extending their businesses online."

Issues discussed at the conference included what it will take to get the next wave of consumers online, whether privacy issues could stymie effective marketing tactics, and whether technology can make a difference for the customer experience.

-more-