# EXHIBIT 8

## Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545

| US 9,369,545 | Accused Instrumentality |
|---|---|
| 1. A computer-implemented method of obtaining content over a network and displaying the content to a user, the method being implemented in a client computing device in operative communication with a server over a network, the client computing device including electronic storage, a display, and one or more processors configured to execute one or more computer program modules, the method comprising: | DoDots currently does not take a position as to whether the preamble of claim 1 is limiting. Notwithstanding this position, Samsung executes, operates, uses, and has direct control over a computer-implemented method of obtaining content over a network (such as the internet) and displaying the content to a user that is implemented on each and every Accused Samsung Device. They all include electronic storage, a display, and one or more processors configured to execute one or more computer program modules:<br><br>Specifically, the client computing devices includes, but are not limited to the Samsung Galaxy Z Series Mobile Phones, Galaxy S Series Mobile Phones, Galaxy Note Series Mobile Phones, Galaxy A Series Mobile Phones, Galaxy M Series Mobile phones, and Galaxy Tab Series Tablets (collectively, "Accused Samsung Devices"). DoDots reserves the right to identify additional client computing devices to the extent additional devices are revealed during discovery.<br><br>Examples of the Galaxy S Series Mobile Phones are seen in the image below:<br><br><br><br>Source: Dolcourt, et. al., *Here's every Galaxy S phone since 2010*, CNET Website (February 8, 2019) (accessed at (https://www.cnet.com/pictures/evolution-history-samsung-galaxy-phones/) |

## Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | Additionally, with each Accused Samsung Devices, Samsung launched and continues to operate, use, and sell an operating system customized from the Android OS (e.g. Android OS12, OS 11, QOS 10, Pie (9.0),Oreo (8.0), Nougat (7.0), Marshmallow (6.0), Lollipop (5.0), KitKat (4.4), Jellybean (4.3, 4.2 and 4.1), Ice Cream Sandwich (4.0), Honeycomb (3.0), Gingerbread (2.3), Froyo (2.2), Éclair (2.1), Donut (1.6) (collectively, "the Samsung OS") along with other software (e.g., installers, the Play Store app, and the Galaxy App Store app) that are pre-installed or updated on each Accused Samsung Device (the "Accused Samsung Software"). Samsung programmed, customized, preinstalled, and developed the Accused Samsung Software specifically for its Accused Samsung Devices and is directly responsible for and has direct control over the use of the Samsung OS along with other software<br><br>In summary, the Accused Samsung Devices and Samsung OS along with other software (collectively, the "Accused Instrumentalities") infringe  the computer-implemented method of obtaining content over a network (such as the internet) and displaying the content to a user that is implemented on each and every Accused Samsung Device.<br><br>The client computing device (Samsung Galaxy Phone) includes electronic storage (*e.g.,* RAM, ROM), a display (*e.g.*, OLED display), and one or more processors configured to execute one or more computer program modules (*e.g.*, programs enabled by the processor and memory/hard drive).<br><br>Furthermore, on information and belief, code on the Accused Instrumentalities, which is not publicly available, will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| transmitting a request to the server over the network, the request requesting networked information monitor template; | The Accused Instrumentalities transmits a request to a server over the network, the request requesting a networked information monitor template.<br><br>The request that is transmitted is for an .apk file, which includes the NIM template. Specifically, as an example, this is initiated when a user taps the install button within the Galaxy App Store app. As seen in the image below:<br><br> |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | Furthermore, on information and belief, code on the Accused Instrumentalities, which is not publicly available, will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |
| receiving the requested networked information monitor template from the server over the internet, the requested networked information monitor template having been transmitted from the server over the network responsive to the transmitted request, the networked information monitor template comprising: | The Accused Instrumentalities receive the requested networked information monitor template from the server over the internet, the requested networked information monitor template having been transmitted from the server over the network responsive to the transmitted request.<br><br>In the example below, the Accused Samsung Devices transmit, over a TCP/IP network to a web server at a network location, a content request for content to be displayed within the frame of the viewer graphical user interface defined by the networked information monitor template. The screenshot below shows the screen that is displayed when a user taps to install the Weather Channel for Samsung app from the Galaxy Store app. |



**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | The image below shows the network traffic captured during the process of downloading the .apk file associated with an app.  The Samsung Device is running on IP address 192.168.0.85. It is running through a proxy server to enable the capturing of network traffic. The proxy server is J2-Air.local in the image below, which then relays the connection from the Samsung Device .<br><br>One installed, we run the Weather Channel for Samsung app for the first time. This results in the following TCP/IP network traffic. For this example, the proxy server is IP address 192.168.0.248 and the Samsung Device is running on IP address 192.168.0.85. These TCP/IP |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | packets resulting from running the app are shown in the following three Wireshark screenshots.  Furthermore, on information and belief, code on the Accused Instrumentalities, which is not publicly available, will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| a definition of a viewer graphical user interface within which content in a web browser-readable language may be presented on the display of the client computing device; and | The Accused Instrumentalities download a networked information monitor template that defines a viewer graphical user interface within which content in a web browser-readable language may be presented on the display of the client computing device. For example, the APK downloaded from the serve includes an XML file.<br><br>In Android development the UI is created using "Layouts" which define 'Views" which are defined in XML and generally create elements the user can view and/or interact with.<br><br>• "A layout defines the structure for a user interface in your app, such as in an activity. All elements in the layout are built using a hierarchy of View and ViewGroup objects. A View usually draws something the user can see and interact with."<br><br>According to the Android documentation these elements are created with XML:<br><br>• ***Declare UI elements in XML.*** *Android provides a straightforward **XML** vocabulary that corresponds to the View classes and subclasses, such as those for widgets and layouts.*<br><br>*You can also use Android Studio's* <u>*Layout Editor*</u> *to build your XML layout using a drag-and-drop interface."*<br><br>• *"Declaring your UI in XML allows you to separate the presentation of your app from the code that controls its behavior. Using XML files also makes it easy to provide different layouts for different screen sizes and orientations"*<br>• *"The Android framework gives you the flexibility to use either or both of these methods to build your app's UI. For example, you can declare your app's default layouts in XML, and then modify the layout at runtime."* |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | • ***Write the XML.*** *Using Android's XML vocabulary, you can quickly design UI layouts and the screen elements they contain, in the same way you create web pages in HTML"*<br><br>When developing for Android using Android Studio, Layouts are represented in the user interface as XML.<br><br>An APK file is a zipped file containing all the project resources. By renaming these files as zip files (changing the file extension from .apk to .zip) the files can be unzipped. After unzipping the apk file, the contents can be viewed as a directory as shown in the image below. Note the resources in the /res directory. These are images used for the UI as well as XML files defining the UI in the NIM template. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**



**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | The XML files from the above directory listing are encoded in a binary format, however, they can be inspected using Android Studio. The APK files can be opened in Android Studio and inspected via the "*Profile or Debug APK*" feature. The Weather Channel App for Samsung can be opened using this capability which displays the contents of the NIM template as shown below.<br><br><br><br>Zooming in we can view the XML resource which defines the color of a UI element. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | <br><br>Images are also included. Note the inclusion of WebP (an image format) images as shown in the image below: |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
|  |  |
|  | References<br>• https://developer.android.com/develop/ui/views/layout/declaring-layout<br>• https://developer.android.com/studio/profile/apk-profiler<br>• https://developer.android.com/studio<br><br>Furthermore, on information and belief, code on the Accused Instrumentalities, which is not publicly available, will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| a definition of a first content element for the networked information monitor template, the definition of the first content element referencing a first network location from which the first content element for the networked information monitor template is served over the network; | The Accused Instrumentalities download a networked information monitor template that defines a first content element for the networked information monitor template, the definition of the first content element referencing a first network location from which the first content element for the networked information monitor template is served over the network.<br><br>In the example below, the Accused Samsung Devices are provided with content obtained from a TCP/IP network to a web server at a network location, and that content is to be displayed within the frame of the viewer graphical user interface defined by the networked information monitor template. For example, there is a Samsung Test App and running th app on the Samsung device displays the content as shown below. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | <br><br>Monitoring the network traffic during the load of this content reveals that a network request was initiated over TCP/IP and content was received as shown in the image below of the 'Network Inspector' analysis tool which is part of the Android Studio development suite. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | <br><br>Once installed, we run the Weather Channel for Samsung app for the first time. This results in the following TCP/IP network traffic. For this example, the proxy server is IP address 192.168.0.248 and the Samsung Device is running on IP address 192.168.0.85. These TCP/IP packets resulting from running the app are shown in the following three Wireshark screenshots. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| |  |
| | This shows that there is a definition of a first content element for the networked information monitor template, the definition of the first content element referencing a first network location from which the first content element for the networked information monitor template is served over the network. |
| | Furthermore, on information and belief, code on the Accused Instrumentalities, which is not publicly available, will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| responsive to instructions included in the requested networked information monitor template, presenting the viewer graphical user interface defined by the networked information monitor on the display of the client computing device separate from and outside of any other graphical user interface that includes user controls for specifying the first network location from which the first content element for the networked information monitor is served over the network | The Accused Instrumentalities  respond to instructions included in the requested network information template, presenting the viewer graphical user interface defined by the networked information monitor on the display of the client computing device separate from and outside of any other graphical user interface that includes user controls for specifying the first network location from which the first content element for the networked information monitor is served over the network. For example in the image below, there is a Weather Channel App. The contents of the app show that content is displayed separate from and outside of any other graphical user interface.<br><br> |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | Additionally, running the Weather Channel for Samsung app for the first time results in the following TCP/IP network traffic. For this example, the proxy server is IP address 192.168.0.248 and the Samsung Device is running on IP address 192.168.0.85. These TCP/IP packets resulting from running the app are shown in the following three Wireshark screenshots.<br><br><br><br><br><br>Furthermore, on information and belief, code on the Accused Instrumentalities, which is not publicly available, will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| responsive to instructions included in the requested networked information monitor template, transmitting over the network a first content request to the first network location referenced by the definition of the first content element for the networked information monitor template; | The Accused Instrumentalities responds to instructions included in the requested networked information monitor template, transmitting over the network a first content request to the first network location referenced by the definition of the first content element for the networked information monitor template.<br><br>After the installer has transferred the .apk file and constructs the instance of the app on the client computing device (i.e. installing), the app can be opened. Once the app is opened, a pop up asks if for permission for the app to use your location (below right image) and then the user is shown the weather for their specific location. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| |  |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | <br><br>Furthermore, on information and belief, code on the Accused Instrumentalities, which is not publicly available, will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| receiving, over the network, the first content element transmitted responsive to the first content request; | The Accused Instrumentalities receive, over the network, the first content element transmitted responsive to the first content request.<br><br>Capturing network traffic from the app shows how it received the first content element from the Internet. The following network traffic was captured from after the app was installed and first opened. Once installed, we run the Weather Channel for Samsung app for the first time. This results in the following TCP/IP network traffic. For this example, the proxy server is IP address 192.168.0.248 and the Samsung Device is running on IP address 192.168.0.85. These TCP/IP packets resulting from running the app are shown in the following three Wireshark screenshots. On information and belief this process is similar to how the Accused Instrumentalities are receiving, over the network, the first content element transmitted responsive to the first content request.<br><br> |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | <br><br>Furthermore, on information and belief, code on the Accused Instrumentalities, which is not publicly available, will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |
| presenting the received the first content element in the viewer graphical user interface defined by the networked information | The Accused Instrumentalities  present the received first content element in the viewer graphical user interface defined by the networked information monitor template, wherein the definition of the viewer graphical user interface and/or the first content element define all controls for enabling a user to interact with the first content element through the viewer graphical user interface. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| monitor template, wherein the definition of the viewer graphical user interface and/or the first content element define all controls for enabling a user to interact with the first content element through the viewer graphical user interface. | In the screenshots below the first NIM template (.apk file) further comprises control characteristics that define the controls and their visual representations (e.g., Horizontally scrolling hourly forecast) that are included in the GUI of the first NIM (Weather Channel app). Note the horizontal scrolling example below, in the hourly forecast.<br><br> |

## Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | And vertical scrolling as shown in the next example. The image below shows how the content can be scrolled vertically to display data for each hour of the day.<br><br><br><br>Furthermore, on information and belief, code on the Accused Instrumentalities, which is not publicly available, will demonstrate that the Accused Instrumentalities meet this limitation. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |
| 2. The method of claim 1, wherein the definition of the viewer graphical user interface includes a definition of at least one control effective for controlling an aspect of the viewer graphical user interface, and wherein presenting the viewer graphical user interface comprises presenting the at least one control. | The  Accused Instrumentalities include a definition of the viewer graphical user interface that includes a definition of at least one control effective for controlling an aspect of the viewer graphical user interface, and where presenting the viewer graphical user interface comprises presenting the at least one control. I<br><br>n the example below the NIM template further comprises control characteristics that define one or more visual representations of the controls (e.g., Horizontally scrolling hourly forecast) that are included in the GUI of the first NIM (Weather Channel for Samsung app). Note the horizontal scrolling example below, in the presentation of the hourly forecast. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | <br><br>And vertical scrolling as shown in the next example. The image below shows how the content can be scrolled vertically to display data for each hour of the day. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| |  Furthermore, on information and belief, code on the Accused Instrumentalities, which is not publicly available, will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |

## Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545

| US 9,369,545 | Accused Instrumentality |
|---|---|
| 3. The method of claim 2, wherein the aspect is the location at which the user interface is rendered on a display device. | The Accused Instrumentalities employs and provides a method wherein the aspect is the location at which the user interface is rendered on a display device.<br><br>The aspect ("scrolling hourly forecast") is the location at which the user interface is rendered on the display device (Galaxy Phone). See example below.<br><br> |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | And vertical scrolling as shown in the next example. The image below shows how the content can be scrolled vertically to display data for each hour of the day.<br><br> |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | In another example, note how the frame size of the Weather Channel for Samsung app can be adjusted for size or moved within the screen. The widget, image below left, can be long-tapped and the frame around the widget shows a draggable frame, below right.<br><br><br><br>The frame can then be resized below left, or moved as in the image below right. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | <br><br>Furthermore, on information and belief, code on the Accused Instrumentalities, which is not publicly available, will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| 4. The method of claim 2, wherein the aspect is the size of the user interface when presented on the display of the client computing device. | The Accused Samsung Software in each and every Accused Samsung Device employs and provides a method wherein the aspect is the size of the user interface when presented on the display of the client computing device. The Android manifest file is an XML file that is used during development and also used during runtime and exists in binary encoded format as the file named AndroidManifest.xml in the .apk file.<br><br>• Per the official Android documentation, the manifest file "*lets you specify the screen sizes your application supports and enable screen compatibility mode for screens larger than what your application supports. It's important that you always use this element in your application to specify the screen sizes your application supports.*"<br><br>The manifest includes a section defined in XML which specifically relates to screen sizes, as shown below.<br><br><supports-screens android:**resizeable**=["true" \| "false"]<br>    android:**smallScreens**=["true" \| "false"]<br>    android:**normalScreens**=["true" \| "false"]<br>    android:**largeScreens**=["true" \| "false"]<br>    android:**xlargeScreens**=["true" \| "false"]<br>    android:**anyDensity**=["true" \| "false"]<br>    android:**requiresSmallestWidthDp**="*integer*"<br>    android:**compatibleWidthLimitDp**="*integer*"<br>    android:**largestWidthLimitDp**="*integer*"/><br><br>Some of the configurable elements include:<br>• android:resizeable: Indicates whether the application is resizeable for different screen sizes.<br>• android:smallScreens: Indicates whether the application supports smaller screen form-factors. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | <ul><li>android:normalScreens: Indicates whether an application supports the "normal" screen form-factors. Traditionally this is an HVGA medium density screen, but WQVGA low density and WVGA high density are also considered to be normal</li><li>android:largeScreens: Indicates whether the application supports larger screen form-factors.</li><li>android:anyDensity: Indicates whether the application includes resources to accommodate any screen density. Screen density is measured in dDts Per Inch (dpi).</li><li>android:requiresSmallestWidthDp: Specifies the minimum smallestWidth required. The smallestWidth is the shortest dimension of the screen space (in dp units) that must be available to your application UI—that is, the shortest of the available screen's two dimensions. So, in order for a device to be considered compatible with your application, the device's smallestWidth must be equal to or greater than this value. (Usually, the value you supply for this is the "smallest width" that your layout supports, regardless of the screen's current orientation.)</li><li>For example, a typical handset screen has a smallestWidth of 320dp, a 7" tablet has a smallestWidth of 600dp, and a 10" tablet has a smallestWidth of 720dp.</li></ul>As an example, apps developed with Android can support completely different layouts. For example, the image below, from the official Android developer documentation shows how the same app can be configured to display differently depending on the screen width. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | <br><br>And the example below, shows how app display can accommodate different heights.<br><br>In another example, note how the frame size of the Weather Channel for Samsung app can be adjusted for size or moved within the screen. The widget, image below left, can be long-tapped and the frame around the widget shows a draggable frame, below right. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| |  The frame can then be resized, below left, or moved as in the image below right. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| |  References: <br><br> • https://developer.android.com/guide/topics/manifest/manifest-intro <br> • https://developer.android.com/guide/topics/manifest/supports-screens-element <br> • https://developer.android.com/guide/topics/large-screens/support-different-screen-sizes |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | Furthermore, on information and belief, code on the Accused Instrumentalities, which is not publicly available, will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |
| 5. The method of claim 1, wherein the networked information monitor template includes instructions in extensible markup language (XML) format, and further wherein the method further comprises parsing the definition of the viewer graphical user interface. | The Accused Samsung Software in each and every Accused Samsung Device employs and provides a method wherein the networked information monitor template includes instructions in extensible markup language (XML) format, and further wherein the method further comprises parsing the definition of the viewer graphical user interface.<br><br>For example, the .apk file on the client computing device which includes the NIM template defining the UI includes XML files. In Android development the UI is created using "Layouts" which define 'Views' which are defined in XML and generally create elements the user can view and/or interact with.<br><br>• "A layout defines the structure for a user interface in your app, such as in an activity. All elements in the layout are built using a hierarchy of View and ViewGroup objects. A View usually draws something the user can see and interact with."<br><br>According to the Android documentation these elements are created with XML:<br><br>• *"Declare UI elements in XML. Android provides a straightforward **XML** vocabulary that corresponds to the View classes and subclasses, such as those for widgets and layouts.*<br><br>*You can also use Android Studio's Layout Editor to build your XML layout using a drag-and-drop interface."* |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
|  | <ul><li>*"Declaring your UI in XML allows you to separate the presentation of your app from the code that controls its behavior. Using XML files also makes it easy to provide different layouts for different screen sizes and orientations"*</li><li>*"The Android framework gives you the flexibility to use either or both of these methods to build your app's UI. For example, you can declare your app's default layouts in XML, and then modify the layout at runtime."*</li><li>***"Write the XML.*** *Using Android's XML vocabulary, you can quickly design UI layouts and the screen elements they contain, in the same way you create web pages in HTML"*</li></ul><br>When developing for Android using Android Studio, Layouts are represented in the user interface as XML.<br><br>Once the application is ready for installation on a device, it is converted to an APK file which is a zipped file containing all the project resources. By renaming these files as zip files (changing the file extension from .apk to .zip) the files can be unzipped. After unzipping the apk file, the contents can be viewed as a directory as shown in the image below. Note the resources in the /res directory. These are images used for the UI as well as XML files defining the UI in the NIM template. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

- ∨ 📁 The Weather Channel for Samsung
  - › 📁 assets
  - › 📁 com
  - › 📁 junit
  - › 📁 kotlin
  - › 📁 lib
  - › 📁 META-INF
  - › 📁 okhttp3
  - › 📁 org
  - ∨ 📁 res
    - › 📁 color
    - › 📁 color-night-v8
    - › 📁 color-v23
    - › 📁 color-v31
    - _-N.xml
    - _3J.png
    - _4O.webp
    - _6U.xml
    - _7Y.png
    - _8A.xml
    - _9A.xml
    - _9D.webp
    - _9G.xml
    - _9Y.xml
    - _48.webp
    - _68.9.png
    - _86.webp
    - _A0.xml
    - _BC.xml
    - _cx.xml
    - _dw.xml
    - DZ.webp

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | The XML files from the above directory listing are encoded in a binary format, however, the can be inspected using Android Studio. The APK files can be opened in Android Studio and inspected via the "*Profile or Debug APK*" feature. The Weather Channel App for Samsung can be opened using this capability which displays the contents of the NIM template as shown below.<br><br><br><br>Zooming in we can view the XML resource which defines the color of a UI element. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | 
Images are also included. Note the inclusion of WebP (an image format) images as shown in the image below: |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | <br><br>References<br>• https://developer.android.com/develop/ui/views/layout/declaring-layout<br>• https://developer.android.com/studio/profile/apk-profiler<br>• https://developer.android.com/studio<br><br><br>In the following example, the resource defines a frame as part of the NIM template: |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| |  |

Copying the contents of that XML file, shows how the frame of the NIM Template on the Accused Samsung Device, defines various UI elements including the frame size, color and layouts of the various elements within this frame.

```xml
<?xml version="1.0" encoding="utf-8"?>
<FrameLayout
    xmlns:android="http://schemas.android.com/apk/res/android"
    xmlns:app="http://schemas.android.com/apk/res-auto"
    android:background="@ref/0x0106000b"
    android:layout_width="-1"
    android:layout_height="-1">

    <ScrollView
        android:gravity="0x11"
        android:id="@ref/0x7f0a08fc"
        android:paddingLeft="dimension(5121)"
        android:paddingTop="dimension(6145)"
        android:paddingRight="dimension(2561)"
```

## Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | ```
android:scrollbars="0x0"
android:layout_width="-1"
android:layout_height="-1">

<androidx.constraintlayout.widget.ConstraintLayout
  android:orientation="1"
  android:id="@ref/0x7f0a08f4"
  android:paddingBottom="dimension(51201)"
  android:layout_width="-1"
  android:layout_height="-2">

  <TextView
    android:textSize="dimension(6146)"
    android:ellipsize="3"
    android:id="@ref/0x01020016"
    android:layout_width="-2"
    android:layout_height="-2"
    android:layout_marginLeft="dimension(1281)"
    android:layout_marginRight="dimension(1281)"
    android:text="@ref/0x7f120856"
    android:maxLines="2"
    android:layout_marginHorizontal="dimension(1281)"
    app:layout_constraintStart_toStartOf="0"
    app:layout_constraintTop_toTopOf="0"
    style="@ref/0x7f1306a7" />

  <TextView
    android:textSize="dimension(4098)"
    android:id="@ref/0x7f0a096f"
    android:layout_height="-2"
    android:layout_marginTop="dimension(1025)"
    android:text="@ref/0x7f1208bd"
    android:layout_marginStart="@ref/0x7f07064f"
    android:layout_marginEnd="@ref/0x7f07064e"
    app:layout_constrainedWidth="true"
    app:layout_constraintEnd_toEndOf="0"
    app:layout_constraintStart_toStartOf="0"
    app:layout_constraintTop_toBottomOf="@ref/0x01020016"
    style="@ref/0x7f1306a6" />

  <TextView
    android:id="@ref/0x7f0a0a2d"
    android:visibility="1"
``` |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | android:text="@ref/0x7f120290"<br>app:layout_constraintEnd_toEndOf="@ref/0x7f0a0426"<br>app:layout_constraintStart_toStartOf="@ref/0x7f0a096f"<br>app:layout_constraintTop_toBottomOf="@ref/0x7f0a096f"<br>style="@ref/0x7f13027c" /><br><br><TextView<br>android:id="@ref/0x7f0a042a"<br>android:layout_marginTop="dimension(4097)"<br>android:text="@ref/0x7f1202fd"<br>android:labelFor="@ref/0x7f0a0427"<br>app:layout_constraintStart_toStartOf="0"<br>app:layout_constraintTop_toBottomOf="@ref/0x7f0a0a2d"<br>style="@ref/0x7f1306a1" /><br><br><com.google.android.material.card.MaterialCardView<br>android:id="@ref/0x7f0a01c7"<br>app:layout_constraintEnd_toStartOf="@ref/0x7f0a0426"<br>app:layout_constraintStart_toStartOf="0"<br>app:layout_constraintTop_toBottomOf="@ref/0x7f0a042a"<br>style="@ref/0x7f1306a2"><br><br><EditText<br>android:id="@ref/0x7f0a0427"<br>android:maxLength="32"<br>android:inputType="0x61"<br>style="@ref/0x7f13069f" /><br></com.google.android.material.card.MaterialCardView><br><br><ImageView<br>android:id="@ref/0x7f0a0426"<br>android:contentDescription="@ref/0x7f1208b2"<br>app:layout_constraintBottom_toBottomOf="@ref/0x7f0a01c7"<br>app:layout_constraintEnd_toEndOf="0"<br>app:layout_constraintTop_toTopOf="@ref/0x7f0a01c7"<br>style="@ref/0x7f1306a3" /><br><br><TextView<br>android:id="@ref/0x7f0a0429"<br>android:visibility="1"<br>android:layout_width="dimension(1)"<br>android:text="@ref/0x7f1208b1"<br>app:layout_constraintEnd_toEndOf="0" |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | ```
        app:layout_constraintStart_toStartOf="0"
        app:layout_constraintTop_toBottomOf="@ref/0x7f0a01c7"
        style="@ref/0x7f1306a0" />

    <TextView
        android:id="@ref/0x7f0a03b4"
        android:layout_marginTop="@ref/0x7f070642"
        android:text="@ref/0x7f1208ad"
        android:labelFor="@ref/0x7f0a03b1"
        app:layout_constraintStart_toStartOf="0"
        app:layout_constraintTop_toBottomOf="@ref/0x7f0a0429"
        style="@ref/0x7f1306a1" />

    <com.google.android.material.card.MaterialCardView
        android:id="@ref/0x7f0a01c4"
        app:layout_constraintEnd_toStartOf="@ref/0x7f0a03b0"
        app:layout_constraintStart_toStartOf="0"
        app:layout_constraintTop_toBottomOf="@ref/0x7f0a03b4"
        style="@ref/0x7f1306a2" >

        <EditText
            android:id="@ref/0x7f0a03b1"
            android:inputType="0x21"
            style="@ref/0x7f13069f" />
    </com.google.android.material.card.MaterialCardView>

    <ImageView
        android:id="@ref/0x7f0a03b0"
        android:contentDescription="@ref/0x7f1208af"
        app:layout_constraintBottom_toBottomOf="@ref/0x7f0a01c4"
        app:layout_constraintEnd_toEndOf="0"
        app:layout_constraintTop_toTopOf="@ref/0x7f0a01c4"
        style="@ref/0x7f1306a3" />

    <TextView
        android:id="@ref/0x7f0a03b3"
        android:layout_width="dimension(1)"
        android:text="@ref/0x7f1208ac"
        app:layout_constraintEnd_toEndOf="0"
        app:layout_constraintStart_toStartOf="0"
        app:layout_constraintTop_toBottomOf="@ref/0x7f0a01c4"
        style="@ref/0x7f1306a0" />
``` |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | ```<TextView
    android:id="@ref/0x7f0a0298"
    android:layout_marginTop="@ref/0x7f070642"
    android:text="@ref/0x7f1208a6"
    android:labelFor="@ref/0x7f0a0296"
    app:layout_constraintStart_toStartOf="0"
    app:layout_constraintTop_toBottomOf="@ref/0x7f0a03b3"
    style="@ref/0x7f1306a1" />

<com.google.android.material.card.MaterialCardView
    android:id="@ref/0x7f0a01a9"
    app:layout_constraintEnd_toStartOf="@ref/0x7f0a0295"
    app:layout_constraintStart_toStartOf="0"
    app:layout_constraintTop_toBottomOf="@ref/0x7f0a0298"
    style="@ref/0x7f1306a2">

    <com.google.android.material.textfield.TextInputEditText
        android:id="@ref/0x7f0a0296"
        android:longClickable="false"
        android:inputType="0x21"
        android:textIsSelectable="false"
        style="@ref/0x7f13069f" />
</com.google.android.material.card.MaterialCardView>

<ImageView
    android:id="@ref/0x7f0a0295"
    android:contentDescription="@ref/0x7f1208a8"
    app:layout_constraintBottom_toBottomOf="@ref/0x7f0a01a9"
    app:layout_constraintEnd_toEndOf="0"
    app:layout_constraintTop_toTopOf="@ref/0x7f0a01a9"
    style="@ref/0x7f1306a3" />

<TextView
    android:id="@ref/0x7f0a0297"
    android:layout_width="dimension(1)"
    android:text="@ref/0x7f1208ac"
    app:layout_constraintEnd_toEndOf="0"
    app:layout_constraintStart_toStartOf="0"
    app:layout_constraintTop_toBottomOf="@ref/0x7f0a01a9"
    style="@ref/0x7f1306a0" />

<TextView
    android:id="@ref/0x7f0a0703"``` |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | android:layout_marginTop="@ref/0x7f070642"<br>android:text="@ref/0x7f1208b8"<br>android:labelFor="@ref/0x7f0a06fe"<br>app:layout_constraintStart_toStartOf="0"<br>app:layout_constraintTop_toBottomOf="@ref/0x7f0a0297"<br>style="@ref/0x7f1306a1" ><br><br><androidx.cardview.widget.CardView<br>    android:id="@ref/0x7f0a01cf"<br>    app:layout_constraintEnd_toStartOf="@ref/0x7f0a06fd"<br>    app:layout_constraintStart_toStartOf="0"<br>    app:layout_constraintTop_toBottomOf="@ref/0x7f0a0703"<br>    style="@ref/0x7f1306a2"><br><br>    <com.google.android.material.textfield.TextInputLayout<br>        android:id="@ref/0x7f0a0701"<br>        android:layout_width="-1"<br>        android:layout_height="-2"<br>        app:hintEnabled="false"<br>        app:passwordToggleEnabled="true"<br>        app:passwordToggleTint="@ref/0x7f0601d2"><br><br>        <com.weather.Weather.ui.WeatherEditText<br>            android:id="@ref/0x7f0a06ff"<br>            android:maxLength="64"<br>            app:passwordToggleEnabled="true"<br>            app:passwordToggleTint="@ref/0x7f0601d2"<br>            style="@ref/0x7f1303ff" /><br>    </com.google.android.material.textfield.TextInputLayout><br></androidx.cardview.widget.CardView><br><br><ImageView<br>    android:id="@ref/0x7f0a06fd"<br>    android:contentDescription="@ref/0x7f1208bb"<br>    app:layout_constraintBottom_toBottomOf="@ref/0x7f0a01cf"<br>    app:layout_constraintEnd_toEndOf="0"<br>    app:layout_constraintTop_toTopOf="@ref/0x7f0a01cf"<br>    style="@ref/0x7f1306a3" /><br><br><TextView<br>    android:textStyle="0x0"<br>    android:textColor="@ref/0x7f06048a"<br>    android:id="@ref/0x7f0a0704" |

## Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | android:visibility="0"<br>android:layout_width="dimension(1)"<br>android:text="@ref/0x7f120605"<br>android:contentDescription="@ref/0x7f120606"<br>app:layout_constraintBottom_toTopOf="@ref/0x7f0a0159"<br>app:layout_constraintEnd_toEndOf="@ref/0x7f0a06fd"<br>app:layout_constraintStart_toStartOf="0"<br>app:layout_constraintTop_toBottomOf="@ref/0x7f0a01cf"<br>style="@ref/0x7f1306a0" /><br><br><TextView<br>android:id="@ref/0x7f0a0700"<br>android:visibility="2"<br>android:layout_width="dimension(1)"<br>android:text="@ref/0x7f120605"<br>android:contentDescription="@ref/0x7f120606"<br>app:layout_constraintBottom_toTopOf="@ref/0x7f0a0159"<br>app:layout_constraintEnd_toEndOf="@ref/0x7f0a06fd"<br>app:layout_constraintStart_toStartOf="0"<br>app:layout_constraintTop_toBottomOf="@ref/0x7f0a01cf"<br>style="@ref/0x7f1306a0" /><br><br><androidx.constraintlayout.widget.Barrier<br>android:id="@ref/0x7f0a0159"<br>android:layout_width="-2"<br>android:layout_height="-2"<br>app:barrierDirection="3"<br>app:constraint_referenced_ids="password_suggestion_textView,password_error_textView" /><br><br><TextView<br>android:id="@ref/0x7f0a02a0"<br>android:layout_marginTop="@ref/0x7f070642"<br>android:text="@ref/0x7f1208a9"<br>android:labelFor="@ref/0x7f0a029b"<br>app:layout_constraintStart_toStartOf="0"<br>app:layout_constraintTop_toBottomOf="@ref/0x7f0a0159"<br>style="@ref/0x7f1306a1" /><br><br><androidx.cardview.widget.CardView<br>android:id="@ref/0x7f0a01aa"<br>app:layout_constraintEnd_toStartOf="@ref/0x7f0a0299"<br>app:layout_constraintStart_toStartOf="0"<br>app:layout_constraintTop_toBottomOf="@ref/0x7f0a02a0" |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | ```
style="@ref/0x7f1306a2">

<com.google.android.material.textfield.TextInputLayout
    android:id="@ref/0x7f0a029e"
    android:layout_width="-1"
    android:layout_height="-2"
    app:hintEnabled="false"
    app:passwordToggleContentDescription="@ref/0x7f120602"
    app:passwordToggleTint="@ref/0x7f0601d2">

    <com.google.android.material.textfield.TextInputEditText
        android:id="@ref/0x7f0a029b"
        android:longClickable="false"
        android:maxLength="64"
        android:textIsSelectable="false"
        app:passwordToggleContentDescription="@ref/0x7f120602"
        app:passwordToggleTint="@ref/0x7f0601d2"
        style="@ref/0x7f1303ff" />
</com.google.android.material.textfield.TextInputLayout>
</androidx.cardview.widget.CardView>

<ImageView
    android:id="@ref/0x7f0a0299"
    android:contentDescription="@ref/0x7f1208ab"
    app:layout_constraintBottom_toBottomOf="@ref/0x7f0a01aa"
    app:layout_constraintEnd_toEndOf="0"
    app:layout_constraintTop_toTopOf="@ref/0x7f0a01aa"
    style="@ref/0x7f1306a3" />

<TextView
    android:id="@ref/0x7f0a029d"
    android:layout_width="dimension(1)"
    android:text="@ref/0x7f1208b5"
    app:layout_constrainedWidth="true"
    app:layout_constraintEnd_toEndOf="0"
    app:layout_constraintStart_toStartOf="0"
    app:layout_constraintTop_toBottomOf="@ref/0x7f0a01aa"
    style="@ref/0x7f1306a0" />

<TextView
    android:id="@ref/0x7f0a0457"
    android:layout_width="-2"
    android:layout_marginTop="@ref/0x7f070642"
``` |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | android:text="@ref/0x7f120332"<br>android:labelFor="@ref/0x7f0a0454"<br>app:layout_constraintStart_toStartOf="0"<br>app:layout_constraintTop_toBottomOf="@ref/0x7f0a029d"<br>style="@ref/0x7f1306a1" /><br><br>&lt;ImageView<br>android:id="@ref/0x7f0a045b"<br>android:layout_width="dimension(4097)"<br>android:layout_height="dimension(4097)"<br>android:layout_marginTop="dimension(1025)"<br>android:src="@ref/0x7f080274"<br>android:contentDescription="@ref/0x7f1203a6"<br>android:layout_marginStart="dimension(2561)"<br>app:layout_constraintBottom_toBottomOf="@ref/0x7f0a0457"<br>app:layout_constraintStart_toEndOf="@ref/0x7f0a0457" /><br><br>&lt;com.google.android.material.card.MaterialCardView<br>android:id="@ref/0x7f0a01c8"<br>app:layout_constraintEnd_toStartOf="@ref/0x7f0a0453"<br>app:layout_constraintStart_toStartOf="0"<br>app:layout_constraintTop_toBottomOf="@ref/0x7f0a0457"<br>style="@ref/0x7f1306a2"&gt;<br><br>&lt;com.google.android.material.textfield.TextInputLayout<br>android:id="@ref/0x7f0a0455"<br>app:boxBackgroundColor="@ref/0x0106000d"<br>app:boxStrokeWidth="dimension(1)"<br>app:endIconDrawable="@ref/0x7f080228"<br>app:endIconTint="@ref/0x7f0601d2"<br>style="@ref/0x7f130402"&gt;<br><br>&lt;com.weather.Weather.ui.KeyValueDropDownView<br>android:textColor="@ref/0x7f0604ff"<br>android:id="@ref/0x7f0a0454"<br>android:background="@ref/0x00000000"<br>android:inputType="0x1"<br>style="@ref/0x7f130400" /&gt;<br>&lt;/com.google.android.material.textfield.TextInputLayout&gt;<br>&lt;/com.google.android.material.card.MaterialCardView&gt;<br><br>&lt;ImageView<br>android:id="@ref/0x7f0a0453" |

## Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | ```
        android:contentDescription="@ref/0x7f1208b3"
        app:layout_constraintBottom_toBottomOf="@ref/0x7f0a01c8"
        app:layout_constraintEnd_toEndOf="0"
        app:layout_constraintTop_toTopOf="@ref/0x7f0a01c8"
        style="@ref/0x7f1306a3" />

    <CheckBox
        android:gravity="0x30"
        android:id="@ref/0x7f0a08f3"
        android:paddingTop="dimension(769)"
        android:layout_width="-2"
        android:layout_height="-2"
        android:layout_marginTop="@ref/0x7f070642"
        app:layout_constraintStart_toStartOf="0"
        app:layout_constraintTop_toBottomOf="@ref/0x7f0a01c8"
        style="@ref/0x7f1306a6" />

    <TextView
        android:id="@ref/0x7f0a01e7"
        android:layout_width="dimension(1)"
        android:layout_height="-2"
        android:layout_marginStart="dimension(1793)"
        android:layout_marginEnd="@ref/0x7f07064e"
        android:labelFor="@ref/0x7f0a08f3"
        app:layout_constrainedWidth="true"
        app:layout_constraintBottom_toBottomOf="@ref/0x7f0a08f3"
        app:layout_constraintEnd_toEndOf="0"
        app:layout_constraintStart_toEndOf="@ref/0x7f0a08f3"
        app:layout_constraintTop_toTopOf="@ref/0x7f0a08f3" />

    <TextView
        android:id="@ref/0x7f0a0a35"
        android:layout_marginTop="dimension(1537)"
        android:text="@ref/0x7f1208c3"
        app:layout_constraintStart_toStartOf="0"
        app:layout_constraintTop_toBottomOf="@ref/0x7f0a01e7"
        style="@ref/0x7f1306a0" />

    <Button
        android:textColor="@ref/0x7f060501"
        android:id="@ref/0x7f0a0192"
        android:background="@ref/0x7f080071"
        android:layout_marginTop="dimension(7681)"
``` |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | android:text="@ref/0x7f120850"<br>android:key="sign_up_button"<br>app:layout_constraintStart_toStartOf="0"<br>app:layout_constraintTop_toBottomOf="@ref/0x7f0a0a35"<br>style="@ref/0x7f130004" /><br><br>&lt;TextView<br>android:id="@ref/0x7f0a0122"<br>android:layout_width="-2"<br>android:layout_marginTop="@ref/0x7f070642"<br>android:text="@ref/0x7f1206c9"<br>app:layout_constraintStart_toStartOf="0"<br>app:layout_constraintTop_toBottomOf="@ref/0x7f0a0192"<br>style="@ref/0x7f1306a6" /><br><br>&lt;TextView<br>android:textColor="@ref/0x7f06000a"<br>android:id="@ref/0x7f0a05a6"<br>android:text="@ref/0x7f12083b"<br>android:layout_marginStart="dimension(2049)"<br>app:layout_constraintBottom_toBottomOf="@ref/0x7f0a0122"<br>app:layout_constraintStart_toEndOf="@ref/0x7f0a0122"<br>style="@ref/0x7f1306a6" /><br><br>&lt;TextView<br>android:textColor="@ref/0x7f0601c2"<br>android:id="@ref/0x7f0a017b"<br>android:visibility="2"<br>android:layout_width="-1"<br>android:layout_marginTop="@ref/0x7f070642"<br>android:layout_marginStart="@ref/0x7f07064f"<br>android:layout_marginEnd="@ref/0x7f07064e"<br>app:layout_constraintStart_toStartOf="0"<br>app:layout_constraintTop_toBottomOf="@ref/0x7f0a0122"<br>style="@ref/0x7f1306a6" /><br><br>&lt;TextView<br>android:textColor="@ref/0x7f06000a"<br>android:id="@ref/0x7f0a09bd"<br>android:layout_marginTop="@ref/0x7f070642"<br>android:text="@ref/0x7f1208c4"<br>android:paddingEnd="dimension(2561)"<br>app:layout_constraintStart_toStartOf="0" |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | ```
        app:layout_constraintTop_toBottomOf="@ref/0x7f0a017b"
        style="@ref/0x7f1306a6" />

    <TextView
        android:id="@ref/0x7f0a038e"
        android:text="|"
        android:importantForAccessibility="2"
        app:layout_constraintBottom_toBottomOf="@ref/0x7f0a09bd"
        app:layout_constraintStart_toEndOf="@ref/0x7f0a09bd"
        app:layout_constraintTop_toTopOf="@ref/0x7f0a09bd"
        style="@ref/0x7f1306a6" />

    <TextView
        android:textColor="@ref/0x7f06000a"
        android:id="@ref/0x7f0a0787"
        android:text="@ref/0x7f1208be"
        android:paddingStart="dimension(2561)"
        app:layout_constraintBottom_toBottomOf="@ref/0x7f0a09bd"
        app:layout_constraintStart_toEndOf="@ref/0x7f0a038e"
        style="@ref/0x7f1306a6" />
    </androidx.constraintlayout.widget.ConstraintLayout>
  </ScrollView>

  <ProgressBar
      android:layout_gravity="0x11"
      android:id="@ref/0x7f0a0792"
      android:visibility="1"
      android:layout_width="@ref/0x7f070691"
      android:layout_height="@ref/0x7f070691"
      android:contentDescription="@ref/0x7f1208f8"
      android:indeterminateTint="@ref/0x7f06045f" />
</FrameLayout>
``` <br><br> Furthermore, on information and belief, code on the Accused Instrumentalities, which is not publicly available, will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| 6. The method of claim 1, wherein the definition of the viewer graphical user interface defined by the networked information monitor template comprises an image, and wherein presenting the viewer graphical user interface defined by the networked information monitor template on the display of the client computing device comprises presenting the image included in the definition as part of the viewer graphical user interface. | The Accused Samsung Software in each and every Accused Samsung Device employs and provides a method wherein the definition of the viewer graphical user interface defined by the networked information monitor template comprises an image, and wherein presenting the viewer graphical user interface defined by the networked information monitor template on the display of the client computing device comprises presenting the image included in the definition as part of the viewer graphical user interface.<br><br>The definition of the viewer GUI defined by the NIM template comprises an image, where it presents the viewer GUI defined by the NIM template on the display of the client computing device, presents the image included in the definition as part of the viewer graphical user interface.<br><br>In the example below, note how the weather in Hong Kong is sunny and the icon as well as background image reflects that. The image on the right shows rain in Taiwan. The icon as well as the background image also reflect that. Notice the background image is customized with raindrops. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | <br><br>Furthermore, on information and belief, code on the Accused Instrumentalities, which is not publicly available, will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| 7. The method claim 6, wherein presenting the received the first content element in the viewer graphical user interface defined by the networked information monitor template comprises presenting the received the first content element in association with the image. | The Accused Instrumentalities  employ and provide a method wherein presenting the received first content element in the viewer graphical user interface defined by the networked information monitor template comprises presenting the received first content element in association with the image.<br><br>Clicking the 'Weather Channel for Samsung' app icon will lead to content that the App provides. See the image below from the 'Weather Channel App' presenting content elements in association with the Weather Channel for Samsung'  current weather in the GUI, defined by the NIM template. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| |  Furthermore, on information and belief, code on the Accused Instrumentalities, which is not publicly available, will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| 8. The method of claim 6, wherein presenting the received the first content element in the viewer graphical user interface defined by the networked information monitor template comprises presenting the received the first content element at least in part within the image. | The Accused Instrumentalities  employs and provides a method wherein presenting the received first content element in the viewer graphical user interface defined by the networked information monitor template comprises presenting the received first content element at least in part within the image. (sun is image and sunny is the content element)<br><br>First content element received in the viewer GUI that is defined by the NIM Template, within the image. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| |  Furthermore, on information and belief, code on the Accused Instrumentalities, which is not publicly available, will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |

## Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545

| US 9,369,545 | Accused Instrumentality |
|---|---|
| 9. The method of claim 1, wherein the definition of the viewer graphical user interface defines at least one control permitting the modification of the appearance of the viewer graphical user interface defined by the networked information monitor template, and wherein presenting the viewer graphical user interface defined by the networked information monitor template on the display of the client computing device comprises presenting the at least one control. | The Accused Instrumentalities  employs and provides a method wherein the definition of the viewer graphical user interface defines at least one control (horizontal scroll of hourly forecast) permitting the modification of the appearance of the viewer graphical user interface defined by the networked information monitor template, and wherein presenting the viewer graphical user interface defined by the networked information monitor template on the display of the client computing device comprises presenting the at least one control.<br><br>In the example below, the definition of the viewer GUI defines at least one control of modification of the appearance of the viewer GUI (e.g., horizontal scrolling of hourly forecast), defined by the NIM template (.APK file). Presentation of the viewer GUI defined by the NIM template on the display of the client computing device (Samsung Device) comprises presenting at least one control (e.g., horizontal scrolling of time throughout the day, hourly). |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| |  |
| 10. The method of claim 1, wherein the first content element includes audio content, | The Accused Instrumentalities  employ and provide a method wherein the first content element includes audio content, video content, graphics content, still image content, textual content and/or interactive content. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| video content, graphics content, still image content, textual content and/or interactive content. | In all of the Samsung Devices below, the first content element includes some or all of audio content, video content, graphics content, still image content, textual content, and/or interactive content out of any and all of the first elements which are apps. In the example below, the image on the left displays first. Then after a few seconds, the middle panel (that reads "occasional thunderstorms likely to…." Slides down and reveals an advertisement (the 'Energizer' bunny) which is a video advertisement in which the bunny dances.<br><br> |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | Furthermore, on information and belief, code on the Accused Instrumentalities, which is not publicly available, will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |
| 12. The method of claim 1, further comprising causing the networked information monitor to communicate with another networked information monitor. | The Accused Instrumentalities  employ and providesa method causing the networked information monitor to communicate with another networked information monitor. In the example below, we configured our test application to view HTML content from within the NIM. This is shown in the image below left. If we scroll down some links are presented. These links cause another app to be launched. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | <br><br>For example, if the 'Digital Cash and Privacy" item is tapped on the image above right, it will cause the Google Chrome app to launch. When Google Chrome launches as message is passed of the URL of which to load, and that content is loaded when Google Chrome is launched – see image below. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| |   Furthermore, on information and belief, code on the Accused Instrumentalities, which is not publicly available, will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |
| 13. The method of claim 1, wherein the | The Accused Instrumentalities  employs and provides a method wherein the networked information monitor is configured to cause the client computing device to periodically request |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| networked information monitor is configured to cause the client computing device to periodically request the first content element from the first network location referenced by the definition the first content element for the networked information monitor template and to present the received first content element within the viewer graphical user interface in an ongoing manner. | the first content element from the first network location referenced by the definition the first content element for the networked information template and to present the received first content element within the viewer graphical user interface in an ongoing manner.<br><br>Note in the example below, the Weather Channel for Samsung app automatically, without intervention, adjusted the time. In the image below left, before 9pm showed a timeline at bottom that began a 9pm. A few minutes after 9pm, the screen automatically updated to show 10pm as the left most column on the hourly forecast. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| |  Leaving the app open after another hour and the interface updates again and shows 11pm for the left column, as shown below. |

### Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | <br><br>Furthermore, on information and belief, code on the Accused Instrumentalities, which is not publicly available, will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |

## Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545

| US 9,369,545 | Accused Instrumentality |
|---|---|
| 14. The method of claim 1, wherein the network is the internet. | The Accused Instrumentalities employs and provides a method wherein the network is the internet.<br><br>For example, after the Weather Channel for Samsung app is installed for the first time, we run the app and monitor the network traffic. This results in the following TCP/IP network traffic. For this example, the proxy server is IP address 192.168.0.248 and the Samsung Device is running on IP address 192.168.0.85. These TCP/IP packets resulting from running the app are shown in the following three Wireshark screenshots.<br><br> |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | <br><br>Furthermore, on information and belief, code on the Accused Instrumentalities, which is not publicly available, will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |
| 15. The method of claim 1, wherein the networked information template further comprising a definition of a second content | The Accused Instrumentalities employ and provide a method wherein the networked information template further comprising a definition of a second content element for the networked information monitor template, the definition of the second content element referencing a second network location from which the second content element for the networked information monitor template is served over the network. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| element for the networked information monitor template, the definition of the second content element referencing a second network location from which the second content element for the networked information monitor template is served over the network, and wherein the method further comprises: | Furthermore, on information and belief, code on the Accused Instrumentalities, which is not publicly available, will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |
| responsive to instructions included in the requested networked information monitor template, transmitting over the network a second content request to the second network location referenced by the definition of the second content element | The Accused Instrumentalities  employs and provides a method that is responsive to instructions included in the requested networked information monitor template, transmitting over the network a second content request to the second network location referenced by the definition of the second content element for the networked information monitor template.

Furthermore, on information and belief, code on the Accused Instrumentalities, which is not publicly available, will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| for the networked information monitor template; | |
| receiving, over the network, the second content element transmitted responsive to the second content request; and | Capturing network traffic from the app shows how it received the second content element from the Internet. The Accused Instrumentalities employs and provides the method of responding to reception of the further networked information monitor template from the server, storing the received further networked information monitor template to the electronic storage. The screenshot below shows the screen that is displayed when a user taps to install the Weather Channel for Samsung app from the Galaxy Store app. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | <br><br>The image below shows the network traffic captured during the app download process.  The Samsung Device is running on IP address 192.168.0.85. It is running through a proxy server to enable the capturing of network traffic. The proxy server is J2-Air.local in the image below, which then relays the connection from the Samsung Device to the content servers. Note the use of the TCP/IP protocol for the packets. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
|  | <br><br>One installed, we run the Weather Channel for Samsung app for the first time. This results in the following TCP/IP network traffic. For this example, the proxy server is IP address 192.168.0.248 and the Samsung Device is running on IP address 192.168.0.85. These TCP/IP packets resulting from running the app are shown in the following three Wireshark screenshots. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| | <br><br> |
| presenting the received second content element in the viewer graphical user interface defined by the networked information monitor template, wherein the definition of the viewer | The Accused Instrumentalities  presents the received second content element in the viewer graphical user interface defined by the networked information monitor template, wherein the definition of the viewer graphical user interface and/or the second content element define all controls for enabling a user to interact with the second content element through the viewer graphical user interface.<br><br>The Accused Instrumentalities  receives the second content element in the viewer graphical user interface defined by the NIM template as shown below. |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
| graphical user interface and/or the second content element define all controls for enabling a user to interact with the second content element through the viewer graphical user interface. | The first content element presented is the top box of temperature, rain, feels like, and raining cloud image. Upon scrolling down the second content element is the weather radar map in the below left example.<br> |

**Exhibit C : Samsung's Infringement of United States Patent No. 9,369,545**

| US 9,369,545 | Accused Instrumentality |
|---|---|
|  |  |