# EXHIBIT 13

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| 1. A client device, the client device comprising: | DoDots currently does not take a position as to whether the preamble of claim 1 is limiting. Notwithstanding this position, Best Buy sells, offers for sale, and markets a a client computing device comprising, electronic storage having stored thereon a plurality of networked information monitor templates defining a plurality of networked information monitors, the plurality of networked information monitor templates comprising a first networked information monitor template defining a first networked information monitor. <br><br> Specifically, the client computing devices includes, but are not limited to the Samsung Galaxy Z Series Mobile Phones, Galaxy S Series Mobile Phones, Galaxy Note Series Mobile Phones, Galaxy A Series Mobile Phones, Galaxy M Series Mobile phones, and Galaxy Tab Series Tablets (collectively, "Accused Samsung Devices"). <br><br>  <br><br> Source: CNET: "Here's every Galaxy S phone since 2010" accessed at (https://www.cnet.com/pictures/evolution-history-samsung-galaxy-phones/) <br><br> Additionally, with each device, Samsung launched and continues to operate, use, and sell an operating system customized from the Android OS (e.g. Android OS12, OS 11, QOS 10, Pie (9.0),Oreo (8.0), Nougat (7.0), Marshmallow (6.0), Lollipop (5.0), KitKat (4.4), Jellybean (4.3, 4.2 and 4.1), Ice Cream Sandwich (4.0), Honeycomb (3.0), Gingerbread (2.3), Froyo (2.2), Éclair |

## Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083

| US 8,020,083 | Accused Instrumentalities |
| --- | --- |
| | (2.1), Donut (1.6) (collectively, "the Samsung OS") along with other software (e.g., installers, the Play Store app, and the Galaxy App Store app) that are pre-installed or updated on each Accused Samsung Device (the "Accused Samsung Software"). Samsung programmed, customized, preinstalled, and developed the Accused Samsung Software specifically for its Accused Samsung Devices and is directly responsible for, and has direct control over the use of the Samsung OS along with other software.<br><br>In summary, the Accused Samsung Devices and Samsung OS along with other software (collectively, the "Accused Instrumentalities") constitute the **client computing device** |
| electronic storage having stored thereon a plurality of networked information monitor templates defining a plurality of networked information monitors, the plurality of networked information monitor templates comprising a first networked information monitor template defining a first networked information monitor, wherein the first networked | The Accused Instrumentalities have electronic storage having stored thereon a plurality of networked information monitor templates defining a plurality of networked information monitors, the plurality of networked information monitor templates comprising a first networked information monitor template defining a first networked information monitor.<br><br>Specifically, the **electronic storage** of the Accused Samsung Devices includes the flash memory, which can be seen on Samsung's website, which promotes the storage size of the Accused Samsung Devices, e.g., 128GB, highlight below: |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| information monitor template comprises: | <br><br>Source: https://www.samsung.com/us/mobile/phones/galaxy-s/.<br><br>Additionally,  by looking into the settings of the Accused Instrumentalities and tapping on Battery and Device Care; then tapping on 'Storage' the electronic storage summary is displayed as shown in the image below left. Tapping on the 'Apps' button displays the storage used for each NIM template. This image shows a plurality of networked information monitor templates. |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | <br><br>Additionally, Like the Samsung Galaxy S21, each of the other Accused Samsung Devices have flash memory that is electronic storage. Additionally, such electronic storage is shown, for |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | example, by the following breakdown of the Samsung Galaxy S21 that shows flash storage:<br><br><br><br>Source: https://www.ifixit.com/Teardown/Samsung+Galaxy+S21+Ultra+Teardown /141188<br><br>And the electronic storage is **configured to store networked information monitor template associated with a networked information monitor** because it is able to store files after downloading various applications. For example, Samsung configured the Accused Samsung Devices to download apps through the Galaxy Store (seen in the screen shot below), which comes pre-installed on Samsung phones. |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | <br><br>In the Galaxy Store app, a search for "weather" displays various weather apps. Scrolling down and the "Weather Channel for Samsung" app is visible, image below left, which can be clicked on for more details, below right. This provides an 'Install' button as seen below right. |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | <br><br>In this example, the "Weather Channel for Samsung" app is downloaded as an APK file. The APK files for the Samsung-Supported Apps includes **definition of a viewer graphical user interface having a frame**. In particular, the data structures define a viewer graphical user interface (*e.g.,* a user interface presented on the screen) that may include menus, buttons, and other features. |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | Furthermore, on information and belief, code, which is not publicly available, and apps on the Accused Instrumentalities will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |
| (1) a content reference that comprises a network location at which content for the first networked information monitor is accessible via a TCP/IP protocol; | Accused Instrumentalities employs and provides for a networked information monitor template that includes a content reference that comprises a network location at which content for the first networked information monitor is accessible via a TCP/IP protocol.<br><br>In the example below, the Accused Samsung Devices transmit, over a TCP/IP network to a web server at a network location, a content request for content that can be displayed within the frame of the viewer graphical user interface defined by the networked information monitor template.<br><br>• fennetic.net/irc/finney.org/~hal/home.html<br><br>Running the NIM/App on the Samsung device displays the content as shown below. |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | <br><br>Monitoring the network traffic during the load of this content reveals that a network request was initiated over TCP/IP and content was received as shown in the image below of the 'Network Inspector' analysis tool which is part of the Android Studio development suite. |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | <br><br>As another example, screenshot below shows the screen that is displayed when a user taps to install the Weather Channel for Samsung app from the Galaxy Store app. |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| |  The image below shows the network traffic captured during the app download process.  The Samsung Device is running on IP address 192.168.0.85. It is running through a proxy server to enable the capturing of network traffic. The proxy server is J2-Air.local in the image below, which then relays the connection from the Samsung Device to the content servers. Note the use of the TCP/IP protocol for the packets. |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | <br><br>One installed, we run the Weather Channel for Samsung app for the first time. This results in the following TCP/IP network traffic. For this example, the proxy server is IP address 192.168.0.248 and the Samsung Device is running on IP address 192.168.0.85. These TCP/IP packets resulting from running the app are shown in the following three Wireshark screenshots. |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | <br><br><br>Furthermore, on information and belief, ode, which is not publicly available, and apps on the Accused Instrumentalities will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |
| (2) a definition of a graphical user interface of the first networked information monitor that | The Accused Instrumentalities employs and provides a network information monitor template that includes a graphical user interface of the first networked information monitor that lacks controls for manually navigating a network, and that includes a frame within which content |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| lacks controls for manually navigating a network, and that includes a frame within which content received from the network location can be displayed, and frame characteristics defining one or more a color, a size, or a position on the electronic display of the frame; and | received from the network can be displayed, and frame characteristics defining one or more [of] a color, a size, or a position on the electronic display of the frame.<br><br>In Android development the UI is created using "Layouts" which define 'Views" which are defined in XML and generally create elements the user can view and/or interact with.<br><br>• "A layout defines the structure for a user interface in your app, such as in an activity. All elements in the layout are built using a hierarchy of View and ViewGroup objects. A View usually draws something the user can see and interact with."<br><br>According to the Android documentation these elements are created with XML:<br><br>• ***Declare UI elements in XML.*** *Android provides a straightforward **XML** vocabulary that corresponds to the View classes and subclasses, such as those for widgets and layouts.*<br><br>   *You can also use Android Studio's Layout Editor to build your XML layout using a drag-and-drop interface."*<br><br>• *"Declaring your UI in XML allows you to separate the presentation of your app from the code that controls its behavior. Using XML files also makes it easy to provide different layouts for different screen sizes and orientations"*<br>• *"The Android framework gives you the flexibility to use either or both of these methods to build your app's UI. For example, you can declare your app's default layouts in XML, and then modify the layout at runtime."*<br>• ***"***Write the XML. Using Android's XML vocabulary, you can quickly design UI layouts and the screen elements they contain, in the same way you create web pages in HTML"*<br><br>When developing for Android using Android Studio, Layouts are represented in the .apk file as XML. |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | An APK file is a zipped file containing all the project resources. By renaming these files as zip files (changing the file extension from .apk to .zip) the files can be unzipped. After unzipping the apk file, the contents can be viewed as a directory as shown in the image below. Note the resources in the /res directory. These are images used for the UI as well as XML files defining the UI in the NIM template.<br><br><br><br>The XML files from the above directory listing are encoded in a binary format, however, they can be inspected using Android Studio. The APK files can be opened in Android Studio and inspected via the "*Profile or Debug APK*" feature. The .apk file corresponding to the Weather |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | Channel App for Samsung can be opened using this capability which displays the contents of the NIM template as shown below.<br><br><br><br>Zooming in we can view the XML resource which defines the color of a UI element. |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| |  Images are also included. Note the inclusion of WebP (an image format) images as shown in the image below: |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | <br><br>References<br>• https://developer.android.com/develop/ui/views/layout/declaring-layout<br>• https://developer.android.com/studio/profile/apk-profiler<br>• https://developer.android.com/studio<br><br>In the following example, the resource defines a frame as part of the NIM template: |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| |  <br><br>Viewing the contents of the XML file, one sees ow the frame definition of the NIM Template on the Accused Samsung Device, defines various UI elements including the frame size, color and layouts of the various elements within this frame.<br><br><?xml version="1.0" encoding="utf-8"?><br><FrameLayout<br>xmlns:android="http://schemas.android.com/apk/res/android"<br>xmlns:app="http://schemas.android.com/apk/res-auto"<br>android:background="@ref/0x0106000b"<br>android:layout_width="-1"<br>android:layout_height="-1"><br><br><ScrollView<br>android:gravity="0x11"<br>android:id="@ref/0x7f0a08fc"<br>android:paddingLeft="dimension(5121)"<br>android:paddingTop="dimension(6145)"<br>android:paddingRight="dimension(2561)"<br>android:scrollbars="0x0" |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | ```
android:layout_width="-1"
android:layout_height="-1">

<androidx.constraintlayout.widget.ConstraintLayout
   android:orientation="1"
   android:id="@ref/0x7f0a08f4"
   android:paddingBottom="dimension(51201)"
   android:layout_width="-1"
   android:layout_height="-2">

   <TextView
      android:textSize="dimension(6146)"
      android:ellipsize="3"
      android:id="@ref/0x01020016"
      android:layout_width="-2"
      android:layout_height="-2"
      android:layout_marginLeft="dimension(1281)"
      android:layout_marginRight="dimension(1281)"
      android:text="@ref/0x7f120856"
      android:maxLines="2"
      android:layout_marginHorizontal="dimension(1281)"
      app:layout_constraintStart_toStartOf="0"
      app:layout_constraintTop_toTopOf="0"
      style="@ref/0x7f1306a7" />

   <TextView
      android:textSize="dimension(4098)"
      android:id="@ref/0x7f0a096f"
      android:layout_height="-2"
      android:layout_marginTop="dimension(1025)"
      android:text="@ref/0x7f1208bd"
      android:layout_marginStart="@ref/0x7f07064f"
      android:layout_marginEnd="@ref/0x7f07064e"
      app:layout_constrainedWidth="true"
      app:layout_constraintEnd_toEndOf="0"
      app:layout_constraintStart_toStartOf="0"
      app:layout_constraintTop_toBottomOf="@ref/0x01020016"
      style="@ref/0x7f1306a6" />

   <TextView
      android:id="@ref/0x7f0a0a2d"
      android:visibility="1"
      android:text="@ref/0x7f120290"
      app:layout_constraintEnd_toEndOf="@ref/0x7f0a0426"
``` |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | app:**layout_constraintStart_toStartOf**="@ref/0x7f0a096f"<br>app:**layout_constraintTop_toBottomOf**="@ref/0x7f0a096f"<br>style="@ref/0x7f13027c" /><br><br><**TextView**<br>   android:**id**="@ref/0x7f0a042a"<br>   android:**layout_marginTop**="dimension(4097)"<br>   android:**text**="@ref/0x7f1202fd"<br>   android:**labelFor**="@ref/0x7f0a0427"<br>   app:**layout_constraintStart_toStartOf**="0"<br>   app:**layout_constraintTop_toBottomOf**="@ref/0x7f0a0a2d"<br>   style="@ref/0x7f1306a1" /><br><br><**com.google.android.material.card.MaterialCardView**<br>   android:**id**="@ref/0x7f0a01c7"<br>   app:**layout_constraintEnd_toStartOf**="@ref/0x7f0a0426"<br>   app:**layout_constraintStart_toStartOf**="0"<br>   app:**layout_constraintTop_toBottomOf**="@ref/0x7f0a042a"<br>   style="@ref/0x7f1306a2"><br><br>   <**EditText**<br>      android:**id**="@ref/0x7f0a0427"<br>      android:**maxLength**="32"<br>      android:**inputType**="0x61"<br>      style="@ref/0x7f13069f" /><br></**com.google.android.material.card.MaterialCardView**><br><br><**ImageView**<br>   android:**id**="@ref/0x7f0a0426"<br>   android:**contentDescription**="@ref/0x7f1208b2"<br>   app:**layout_constraintBottom_toBottomOf**="@ref/0x7f0a01c7"<br>   app:**layout_constraintEnd_toEndOf**="0"<br>   app:**layout_constraintTop_toTopOf**="@ref/0x7f0a01c7"<br>   style="@ref/0x7f1306a3" /><br><br><**TextView**<br>   android:**id**="@ref/0x7f0a0429"<br>   android:**visibility**="1"<br>   android:**layout_width**="dimension(1)"<br>   android:**text**="@ref/0x7f1208b1"<br>   app:**layout_constraintEnd_toEndOf**="0"<br>   app:**layout_constraintStart_toStartOf**="0"<br>   app:**layout_constraintTop_toBottomOf**="@ref/0x7f0a01c7"<br>   style="@ref/0x7f1306a0" /> |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | ```
<TextView
    android:id="@ref/0x7f0a03b4"
    android:layout_marginTop="@ref/0x7f070642"
    android:text="@ref/0x7f1208ad"
    android:labelFor="@ref/0x7f0a03b1"
    app:layout_constraintStart_toStartOf="0"
    app:layout_constraintTop_toBottomOf="@ref/0x7f0a0429"
    style="@ref/0x7f1306a1" />

<com.google.android.material.card.MaterialCardView
    android:id="@ref/0x7f0a01c4"
    app:layout_constraintEnd_toStartOf="@ref/0x7f0a03b0"
    app:layout_constraintStart_toStartOf="0"
    app:layout_constraintTop_toBottomOf="@ref/0x7f0a03b4"
    style="@ref/0x7f1306a2">

    <EditText
        android:id="@ref/0x7f0a03b1"
        android:inputType="0x21"
        style="@ref/0x7f13069f" />
</com.google.android.material.card.MaterialCardView>

<ImageView
    android:id="@ref/0x7f0a03b0"
    android:contentDescription="@ref/0x7f1208af"
    app:layout_constraintBottom_toBottomOf="@ref/0x7f0a01c4"
    app:layout_constraintEnd_toEndOf="0"
    app:layout_constraintTop_toTopOf="@ref/0x7f0a01c4"
    style="@ref/0x7f1306a3" />

<TextView
    android:id="@ref/0x7f0a03b3"
    android:layout_width="dimension(1)"
    android:text="@ref/0x7f1208ac"
    app:layout_constraintEnd_toEndOf="0"
    app:layout_constraintStart_toStartOf="0"
    app:layout_constraintTop_toBottomOf="@ref/0x7f0a01c4"
    style="@ref/0x7f1306a0" />

<TextView
    android:id="@ref/0x7f0a0298"
    android:layout_marginTop="@ref/0x7f070642"
    android:text="@ref/0x7f1208a6"
``` |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | android:labelFor="@ref/0x7f0a0296"<br>app:layout_constraintStart_toStartOf="0"<br>app:layout_constraintTop_toBottomOf="@ref/0x7f0a03b3"<br>style="@ref/0x7f1306a1" /><br><br><com.google.android.material.card.MaterialCardView<br>   android:id="@ref/0x7f0a01a9"<br>   app:layout_constraintEnd_toStartOf="@ref/0x7f0a0295"<br>   app:layout_constraintStart_toStartOf="0"<br>   app:layout_constraintTop_toBottomOf="@ref/0x7f0a0298"<br>   style="@ref/0x7f1306a2"><br><br>   <com.google.android.material.textfield.TextInputEditText<br>      android:id="@ref/0x7f0a0296"<br>      android:longClickable="false"<br>      android:inputType="0x21"<br>      android:textIsSelectable="false"<br>      style="@ref/0x7f13069f" /><br></com.google.android.material.card.MaterialCardView><br><br><ImageView<br>   android:id="@ref/0x7f0a0295"<br>   android:contentDescription="@ref/0x7f1208a8"<br>   app:layout_constraintBottom_toBottomOf="@ref/0x7f0a01a9"<br>   app:layout_constraintEnd_toEndOf="0"<br>   app:layout_constraintTop_toTopOf="@ref/0x7f0a01a9"<br>   style="@ref/0x7f1306a3" /><br><br><TextView<br>   android:id="@ref/0x7f0a0297"<br>   android:layout_width="dimension(1)"<br>   android:text="@ref/0x7f1208ac"<br>   app:layout_constraintEnd_toEndOf="0"<br>   app:layout_constraintStart_toStartOf="0"<br>   app:layout_constraintTop_toBottomOf="@ref/0x7f0a01a9"<br>   style="@ref/0x7f1306a0" /><br><br><TextView<br>   android:id="@ref/0x7f0a0703"<br>   android:layout_marginTop="@ref/0x7f070642"<br>   android:text="@ref/0x7f1208b8"<br>   android:labelFor="@ref/0x7f0a06fe"<br>   app:layout_constraintStart_toStartOf="0"<br>   app:layout_constraintTop_toBottomOf="@ref/0x7f0a0297" |

## Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | ```
style="@ref/0x7f1306a1" />

<androidx.cardview.widget.CardView
    android:id="@ref/0x7f0a01cf"
    app:layout_constraintEnd_toStartOf="@ref/0x7f0a06fd"
    app:layout_constraintStart_toStartOf="0"
    app:layout_constraintTop_toBottomOf="@ref/0x7f0a0703"
    style="@ref/0x7f1306a2">

    <com.google.android.material.textfield.TextInputLayout
        android:id="@ref/0x7f0a0701"
        android:layout_width="-1"
        android:layout_height="-2"
        app:hintEnabled="false"
        app:passwordToggleEnabled="true"
        app:passwordToggleTint="@ref/0x7f0601d2">

        <com.weather.Weather.ui.WeatherEditText
            android:id="@ref/0x7f0a06ff"
            android:maxLength="64"
            app:passwordToggleEnabled="true"
            app:passwordToggleTint="@ref/0x7f0601d2"
            style="@ref/0x7f1303ff" />
    </com.google.android.material.textfield.TextInputLayout>
</androidx.cardview.widget.CardView>

<ImageView
    android:id="@ref/0x7f0a06fd"
    android:contentDescription="@ref/0x7f1208bb"
    app:layout_constraintBottom_toBottomOf="@ref/0x7f0a01cf"
    app:layout_constraintEnd_toEndOf="0"
    app:layout_constraintTop_toTopOf="@ref/0x7f0a01cf"
    style="@ref/0x7f1306a3" />

<TextView
    android:textStyle="0x0"
    android:textColor="@ref/0x7f06048a"
    android:id="@ref/0x7f0a0704"
    android:visibility="0"
    android:layout_width="dimension(1)"
    android:text="@ref/0x7f120605"
    android:contentDescription="@ref/0x7f120606"
    app:layout_constraintBottom_toTopOf="@ref/0x7f0a0159"
    app:layout_constraintEnd_toEndOf="@ref/0x7f0a06fd"
``` |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | app:layout_constraintStart_toStartOf="0"<br>app:layout_constraintTop_toBottomOf="@ref/0x7f0a01cf"<br>style="@ref/0x7f1306a0" /><br><br>\<TextView<br>   android:id="@ref/0x7f0a0700"<br>   android:visibility="2"<br>   android:layout_width="dimension(1)"<br>   android:text="@ref/0x7f120605"<br>   android:contentDescription="@ref/0x7f120606"<br>   app:layout_constraintBottom_toTopOf="@ref/0x7f0a0159"<br>   app:layout_constraintEnd_toEndOf="@ref/0x7f0a06fd"<br>   app:layout_constraintStart_toStartOf="0"<br>   app:layout_constraintTop_toBottomOf="@ref/0x7f0a01cf"<br>   style="@ref/0x7f1306a0" /><br><br>\<androidx.constraintlayout.widget.Barrier<br>   android:id="@ref/0x7f0a0159"<br>   android:layout_width="-2"<br>   android:layout_height="-2"<br>   app:barrierDirection="3"<br>   app:constraint_referenced_ids="password_suggestion_textView,password_error_textView" /><br><br>\<TextView<br>   android:id="@ref/0x7f0a02a0"<br>   android:layout_marginTop="@ref/0x7f070642"<br>   android:text="@ref/0x7f1208a9"<br>   android:labelFor="@ref/0x7f0a029b"<br>   app:layout_constraintStart_toStartOf="0"<br>   app:layout_constraintTop_toBottomOf="@ref/0x7f0a0159"<br>   style="@ref/0x7f1306a1" /><br><br>\<androidx.cardview.widget.CardView<br>   android:id="@ref/0x7f0a01aa"<br>   app:layout_constraintEnd_toStartOf="@ref/0x7f0a0299"<br>   app:layout_constraintStart_toStartOf="0"<br>   app:layout_constraintTop_toBottomOf="@ref/0x7f0a02a0"<br>   style="@ref/0x7f1306a2"><br><br>  \<com.google.android.material.textfield.TextInputLayout<br>    android:id="@ref/0x7f0a029e"<br>    android:layout_width="-1"<br>    android:layout_height="-2"<br>    app:hintEnabled="false" |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | app:passwordToggleContentDescription="@ref/0x7f120602"<br>app:passwordToggleTint="@ref/0x7f0601d2"><br><br>&lt;com.google.android.material.textfield.TextInputEditText<br>   android:id="@ref/0x7f0a029b"<br>   android:longClickable="false"<br>   android:maxLength="64"<br>   android:textIsSelectable="false"<br>   app:passwordToggleContentDescription="@ref/0x7f120602"<br>   app:passwordToggleTint="@ref/0x7f0601d2"<br>   style="@ref/0x7f1303ff" /><br>&lt;/com.google.android.material.textfield.TextInputLayout><br>&lt;/androidx.cardview.widget.CardView><br><br>&lt;ImageView<br>   android:id="@ref/0x7f0a0299"<br>   android:contentDescription="@ref/0x7f1208ab"<br>   app:layout_constraintBottom_toBottomOf="@ref/0x7f0a01aa"<br>   app:layout_constraintEnd_toEndOf="0"<br>   app:layout_constraintTop_toTopOf="@ref/0x7f0a01aa"<br>   style="@ref/0x7f1306a3" /><br><br>&lt;TextView<br>   android:id="@ref/0x7f0a029d"<br>   android:layout_width="dimension(1)"<br>   android:text="@ref/0x7f1208b5"<br>   app:layout_constrainedWidth="true"<br>   app:layout_constraintEnd_toEndOf="0"<br>   app:layout_constraintStart_toStartOf="0"<br>   app:layout_constraintTop_toBottomOf="@ref/0x7f0a01aa"<br>   style="@ref/0x7f1306a0" /><br><br>&lt;TextView<br>   android:id="@ref/0x7f0a0457"<br>   android:layout_width="-2"<br>   android:layout_marginTop="@ref/0x7f070642"<br>   android:text="@ref/0x7f120332"<br>   android:labelFor="@ref/0x7f0a0454"<br>   app:layout_constraintStart_toStartOf="0"<br>   app:layout_constraintTop_toBottomOf="@ref/0x7f0a029d"<br>   style="@ref/0x7f1306a1" /><br><br>&lt;ImageView<br>   android:id="@ref/0x7f0a045b" |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | android:layout_width="dimension(4097)"<br>android:layout_height="dimension(4097)"<br>android:layout_marginTop="dimension(1025)"<br>android:src="@ref/0x7f080274"<br>android:contentDescription="@ref/0x7f1203a6"<br>android:layout_marginStart="dimension(2561)"<br>app:layout_constraintBottom_toBottomOf="@ref/0x7f0a0457"<br>app:layout_constraintStart_toEndOf="@ref/0x7f0a0457" /><br><br>&lt;com.google.android.material.card.MaterialCardView<br>   android:id="@ref/0x7f0a01c8"<br>   app:layout_constraintEnd_toStartOf="@ref/0x7f0a0453"<br>   app:layout_constraintStart_toStartOf="0"<br>   app:layout_constraintTop_toBottomOf="@ref/0x7f0a0457"<br>   style="@ref/0x7f1306a2"&gt;<br><br>   &lt;com.google.android.material.textfield.TextInputLayout<br>      android:id="@ref/0x7f0a0455"<br>      app:boxBackgroundColor="@ref/0x0106000d"<br>      app:boxStrokeWidth="dimension(1)"<br>      app:endIconDrawable="@ref/0x7f080228"<br>      app:endIconTint="@ref/0x7f0601d2"<br>      style="@ref/0x7f130402"&gt;<br><br>      &lt;com.weather.Weather.ui.KeyValueDropDownView<br>         android:textColor="@ref/0x7f0604ff"<br>         android:id="@ref/0x7f0a0454"<br>         android:background="@ref/0x00000000"<br>         android:inputType="0x1"<br>         style="@ref/0x7f130400" /&gt;<br>      &lt;/com.google.android.material.textfield.TextInputLayout&gt;<br>   &lt;/com.google.android.material.card.MaterialCardView&gt;<br><br>   &lt;ImageView<br>      android:id="@ref/0x7f0a0453"<br>      android:contentDescription="@ref/0x7f1208b3"<br>      app:layout_constraintBottom_toBottomOf="@ref/0x7f0a01c8"<br>      app:layout_constraintEnd_toEndOf="0"<br>      app:layout_constraintTop_toTopOf="@ref/0x7f0a01c8"<br>      style="@ref/0x7f1306a3" /&gt;<br><br>   &lt;CheckBox<br>      android:gravity="0x30"<br>      android:id="@ref/0x7f0a08f3" |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | android:paddingTop="dimension(769)"<br>android:layout_width="-2"<br>android:layout_height="-2"<br>android:layout_marginTop="@ref/0x7f070642"<br>app:layout_constraintStart_toStartOf="0"<br>app:layout_constraintTop_toBottomOf="@ref/0x7f0a01c8"<br>style="@ref/0x7f1306a6" /><br><br>&lt;TextView<br>android:id="@ref/0x7f0a01e7"<br>android:layout_width="dimension(1)"<br>android:layout_height="-2"<br>android:layout_marginStart="dimension(1793)"<br>android:layout_marginEnd="@ref/0x7f07064e"<br>android:labelFor="@ref/0x7f0a08f3"<br>app:layout_constrainedWidth="true"<br>app:layout_constraintBottom_toBottomOf="@ref/0x7f0a08f3"<br>app:layout_constraintEnd_toEndOf="0"<br>app:layout_constraintStart_toEndOf="@ref/0x7f0a08f3"<br>app:layout_constraintTop_toTopOf="@ref/0x7f0a08f3" /><br><br>&lt;TextView<br>android:id="@ref/0x7f0a0a35"<br>android:layout_marginTop="dimension(1537)"<br>android:text="@ref/0x7f1208c3"<br>app:layout_constraintStart_toStartOf="0"<br>app:layout_constraintTop_toBottomOf="@ref/0x7f0a01e7"<br>style="@ref/0x7f1306a0" /><br><br>&lt;Button<br>android:textColor="@ref/0x7f060501"<br>android:id="@ref/0x7f0a0192"<br>android:background="@ref/0x7f080071"<br>android:layout_marginTop="dimension(7681)"<br>android:text="@ref/0x7f120850"<br>android:key="sign_up_button"<br>app:layout_constraintStart_toStartOf="0"<br>app:layout_constraintTop_toBottomOf="@ref/0x7f0a0a35"<br>style="@ref/0x7f130004" /><br><br>&lt;TextView<br>android:id="@ref/0x7f0a0122"<br>android:layout_width="-2"<br>android:layout_marginTop="@ref/0x7f070642" |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | android:text="@ref/0x7f1206c9"<br>app:layout_constraintStart_toStartOf="0"<br>app:layout_constraintTop_toBottomOf="@ref/0x7f0a0192"<br>style="@ref/0x7f1306a6" /><br><br>&lt;TextView<br>android:textColor="@ref/0x7f06000a"<br>android:id="@ref/0x7f0a05a6"<br>android:text="@ref/0x7f12083b"<br>android:layout_marginStart="dimension(2049)"<br>app:layout_constraintBottom_toBottomOf="@ref/0x7f0a0122"<br>app:layout_constraintStart_toEndOf="@ref/0x7f0a0122"<br>style="@ref/0x7f1306a6" /><br><br>&lt;TextView<br>android:textColor="@ref/0x7f0601c2"<br>android:id="@ref/0x7f0a017b"<br>android:visibility="2"<br>android:layout_width="-1"<br>android:layout_marginTop="@ref/0x7f070642"<br>android:layout_marginStart="@ref/0x7f07064f"<br>android:layout_marginEnd="@ref/0x7f07064e"<br>app:layout_constraintStart_toStartOf="0"<br>app:layout_constraintTop_toBottomOf="@ref/0x7f0a0122"<br>style="@ref/0x7f1306a6" /><br><br>&lt;TextView<br>android:textColor="@ref/0x7f06000a"<br>android:id="@ref/0x7f0a09bd"<br>android:layout_marginTop="@ref/0x7f070642"<br>android:text="@ref/0x7f1208c4"<br>android:paddingEnd="dimension(2561)"<br>app:layout_constraintStart_toStartOf="0"<br>app:layout_constraintTop_toBottomOf="@ref/0x7f0a017b"<br>style="@ref/0x7f1306a6" /><br><br>&lt;TextView<br>android:id="@ref/0x7f0a038e"<br>android:text="\|"<br>android:importantForAccessibility="2"<br>app:layout_constraintBottom_toBottomOf="@ref/0x7f0a09bd"<br>app:layout_constraintStart_toEndOf="@ref/0x7f0a09bd"<br>app:layout_constraintTop_toTopOf="@ref/0x7f0a09bd"<br>style="@ref/0x7f1306a6" /> |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | ```xml<br><TextView<br>    android:textColor="@ref/0x7f06000a"<br>    android:id="@ref/0x7f0a0787"<br>    android:text="@ref/0x7f1208be"<br>    android:paddingStart="dimension(2561)"<br>    app:layout_constraintBottom_toBottomOf="@ref/0x7f0a09bd"<br>    app:layout_constraintStart_toEndOf="@ref/0x7f0a038e"<br>    style="@ref/0x7f1306a6" /><br></androidx.constraintlayout.widget.ConstraintLayout><br></ScrollView><br><br><ProgressBar<br>    android:layout_gravity="0x11"<br>    android:id="@ref/0x7f0a0792"<br>    android:visibility="1"<br>    android:layout_width="@ref/0x7f070691"<br>    android:layout_height="@ref/0x7f070691"<br>    android:contentDescription="@ref/0x7f1208f8"<br>    android:indeterminateTint="@ref/0x7f06045f" /><br></FrameLayout><br>```<br><br>Furthermore, on information and belief, code, which is not publicly available, and apps on the Accused Instrumentalities will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |
| (3) instructions configured (i) to cause the first networked information monitor to request content from the network location in the content reference via the TCP/IP protocol, and (ii) | As shown below, the APK file of each and every application in the App store is approved by Samsung in order to be available in the App store. Each such APK file in an accused Samsung Device employs and provides instructions configured to cause the first networked information monitor to request content from the network location in the content reference via the TCP/IP protocol, and to cause the first networked information monitor to generate the graphical user interface of the first networked information monitor with the content received from the network location via the TCP/IP protocol within the frame. The APK file is transferred to the |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| to cause the first networked information monitor to generate the graphical user interface of the first networked information monitor with the content received from the network location via the TCP/IP protocol within the frame; | client device and the operating system installer constructs the instance of the app on the client computing device.<br><br>In the example below we downloaded and installed the Weather Channel for Samsung app from the Galaxy app store with Location services disabled on the device (using Settings).<br><br>As with usual app installs, we are notified of location access requirements and prompted to allow location access, as shown below.<br><br>The image below shows the network traffic captured during the app download process.  The Samsung Device is running on IP address 192.168.0.85. It is running through a proxy server to enable the capturing of network traffic. The proxy server is J2-Air.local in the image below, which then relays the connection from the Samsung Device to the content servers. Note the use of the TCP/IP protocol for the packets.<br><br> |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| |  However, since our location services were disabled, we are prompted with a message that app capabilities will be impaired without location access. |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| |  |
| | Finally, after re-enabling location access in the Samsung device settings, we are able to view the weather – see image below. Notice that the device automatically detects our location and displays relevant data even though we have not manually specified our location. |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | <br><br>Furthermore, on information and belief, code, which is not publicly available, and apps on the Accused Instrumentalities will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| an electronic display; and | In the examples below, the Accused Samsung Software in each and every Accused Samsung Device employs and provides an electronic display.<br><br>Current and Historical Galaxy Phone screens:<br><br><br><br>Source: CNET: "Here's every Galaxy S phone since 2010" accessed at (https://www.cnet.com/pictures/evolution-history-samsung-galaxy-phones/) |
| one or more processors configured to access the first networked information monitor template, and to execute the first networked information monitor template such that the graphical user interface of the first networked information monitor is presented to a user on | The Accused Instrumentalities employs and provides one or more processors configured to access the first networked information monitor template, and to execute the first networked information monitor template such that the graphical user interface of the first networked information monitor is presented to a user on the electronic display having content received from the content reference therein.<br><br>Current Galaxy Phone processors are shown below. |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| the electronic display having content received from the content reference therein. |  |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| |  |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| |  |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | <br><br>References:<br><ul><li>https://en.wikipedia.org/wiki/Samsung_Galaxy_S20</li><li>https://semiconductor.samsung.com/processor/mobile-processor/</li><li>https://android.fandom.com/wiki/List_of_Samsung_Galaxy_devices</li></ul><br>In the example below the GUI of the first NIM (Weather App) is presented to a user on the electronic display with content received from the content reference. |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| |  Evidence that the processers are configured to access the first networked information monitor template, and to execute the first networked information monitor template such that the graphical user interface of the first networked information monitor is presented to a user on the electronic display having content received from the content reference is shown from the fact that all processors can run any software installed on the Accused Samsung Device after installation. |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | Furthermore, on information and belief, code, which is not publicly available, and apps on the Accused Instrumentalities will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |
| 2. The client device of claim 1, wherein the first networked information monitor template further comprises control characteristics that define one or more controls that are usable by the user to interact with or control the first networked information monitor. | The Accused Samsung Software in each and every Accused Samsung Device employs and provides the client device where the first networked information monitor template further comprises control characteristics that define one or more controls that are usable by the user to interact with or control the first networked information monitor.

In the example below, the NIM (Weather app) is defined by a first NIM Template (within the APK file) which further comprises control characteristics that define one or more controls (e.g., Horizontally scrolling hourly forecast) that are usable by the user to interact or control the first NIM (e.g., left or right swipe to access desired hours of forecast). |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| |  In Android development the UI is typically built using "Layouts" which define 'Views" which are defined in XML and generally create elements the user can view and/or interact with.<br><br>• "A layout defines the structure for a user interface in your app, such as in an activity. All elements in the layout are built using a hierarchy of View and ViewGroup objects. A View usually draws something the user can see and interact with." |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | According to the Android documentation these elements are created with XML:<br><br>• ***"Declare UI elements in XML.*** *Android provides a straightforward **XML** vocabulary that corresponds to the View classes and subclasses, such as those for widgets and layouts.*<br><br>  *You can also use Android Studio's Layout Editor to build your XML layout using a drag-and-drop interface."*<br><br>• *"Declaring your UI in XML allows you to separate the presentation of your app from the code that controls its behavior. Using XML files also makes it easy to provide different layouts for different screen sizes and orientations"*<br><br>• *"The Android framework gives you the flexibility to use either or both of these methods to build your app's UI. For example, you can declare your app's default layouts in XML, and then modify the layout at runtime."*<br><br>• *"Write the XML. Using Android's XML vocabulary, you can quickly design UI layouts and the screen elements they contain, in the same way you create web pages in HTML"*<br><br>When developing for Android using Android Studio, Layouts are represented in the user interface as XML.<br><br>Once the application is ready for installation on a device, it is converted to an APK file which is a zipped file containing all the project resources. By renaming these files as zip files (changing the file extension from .apk to .zip) the files can be unzipped. After unzipping the apk file, the contents can be viewed as a directory as shown in the image below. Note the resources in the /res directory. These are images used for the UI as well as XML files defining the UI in the NIM template. |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**



**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | The XML files from the above directory listing are encoded in a binary format, however, they can be inspected using Android Studio. The APK files can be opened in Android Studio and inspected via the "*Profile or Debug APK*" feature. The .apk file for the Weather Channel App for Samsung can be opened using this capability which displays the contents of the NIM template as shown below.<br><br><br><br>Zooming in we can view the XML resource which defines the color of a UI element. |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| |  |
| | Images are also included. Note the inclusion of WebP (an image format) images as shown in the image below: |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | <br><br>References<br><ul><li>https://developer.android.com/develop/ui/views/layout/declaring-layout</li><li>https://developer.android.com/studio/profile/apk-profiler</li><li>https://developer.android.com/studio</li></ul><br>In the following example, the resource defines a frame as part of the NIM template: |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| |  |

Viewing the contents of that XML file, shows how the frame of the NIM Template on the Accused Samsung Device, defines various UI elements including the frame size, color and layouts of the various elements within this frame.

```xml
<?xml version="1.0" encoding="utf-8"?>
<FrameLayout
    xmlns:android="http://schemas.android.com/apk/res/android"
    xmlns:app="http://schemas.android.com/apk/res-auto"
    android:background="@ref/0x0106000b"
    android:layout_width="-1"
    android:layout_height="-1">

    <ScrollView
        android:gravity="0x11"
        android:id="@ref/0x7f0a08fc"
        android:paddingLeft="dimension(5121)"
        android:paddingTop="dimension(6145)"
        android:paddingRight="dimension(2561)"
        android:scrollbars="0x0"
        android:layout_width="-1"
        android:layout_height="-1">

        <androidx.constraintlayout.widget.ConstraintLayout
```

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | ```
android:orientation="1"
android:id="@ref/0x7f0a08f4"
android:paddingBottom="dimension(51201)"
android:layout_width="-1"
android:layout_height="-2">

<TextView
    android:textSize="dimension(6146)"
    android:ellipsize="3"
    android:id="@ref/0x01020016"
    android:layout_width="-2"
    android:layout_height="-2"
    android:layout_marginLeft="dimension(1281)"
    android:layout_marginRight="dimension(1281)"
    android:text="@ref/0x7f120856"
    android:maxLines="2"
    android:layout_marginHorizontal="dimension(1281)"
    app:layout_constraintStart_toStartOf="0"
    app:layout_constraintTop_toTopOf="0"
    style="@ref/0x7f1306a7" />

<TextView
    android:textSize="dimension(4098)"
    android:id="@ref/0x7f0a096f"
    android:layout_height="-2"
    android:layout_marginTop="dimension(1025)"
    android:text="@ref/0x7f1208bd"
    android:layout_marginStart="@ref/0x7f07064f"
    android:layout_marginEnd="@ref/0x7f07064e"
    app:layout_constrainedWidth="true"
    app:layout_constraintEnd_toEndOf="0"
    app:layout_constraintStart_toStartOf="0"
    app:layout_constraintTop_toBottomOf="@ref/0x01020016"
    style="@ref/0x7f1306a6" />

<TextView
    android:id="@ref/0x7f0a0a2d"
    android:visibility="1"
    android:text="@ref/0x7f120290"
    app:layout_constraintEnd_toEndOf="@ref/0x7f0a0426"
    app:layout_constraintStart_toStartOf="@ref/0x7f0a096f"
    app:layout_constraintTop_toBottomOf="@ref/0x7f0a096f"
    style="@ref/0x7f13027c" />

<TextView
    android:id="@ref/0x7f0a042a"
    android:layout_marginTop="dimension(4097)"
    android:text="@ref/0x7f1202fd"
    android:labelFor="@ref/0x7f0a0427"
    app:layout_constraintStart_toStartOf="0"
    app:layout_constraintTop_toBottomOf="@ref/0x7f0a0a2d"
    style="@ref/0x7f1306a1" />
``` |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | ```
<com.google.android.material.card.MaterialCardView
    android:id="@ref/0x7f0a01c7"
    app:layout_constraintEnd_toStartOf="@ref/0x7f0a0426"
    app:layout_constraintStart_toStartOf="0"
    app:layout_constraintTop_toBottomOf="@ref/0x7f0a042a"
    style="@ref/0x7f1306a2">

    <EditText
        android:id="@ref/0x7f0a0427"
        android:maxLength="32"
        android:inputType="0x61"
        style="@ref/0x7f13069f" />
</com.google.android.material.card.MaterialCardView>

<ImageView
    android:id="@ref/0x7f0a0426"
    android:contentDescription="@ref/0x7f1208b2"
    app:layout_constraintBottom_toBottomOf="@ref/0x7f0a01c7"
    app:layout_constraintEnd_toEndOf="0"
    app:layout_constraintTop_toTopOf="@ref/0x7f0a01c7"
    style="@ref/0x7f1306a3" />

<TextView
    android:id="@ref/0x7f0a0429"
    android:visibility="1"
    android:layout_width="dimension(1)"
    android:text="@ref/0x7f1208b1"
    app:layout_constraintEnd_toEndOf="0"
    app:layout_constraintStart_toStartOf="0"
    app:layout_constraintTop_toBottomOf="@ref/0x7f0a01c7"
    style="@ref/0x7f1306a0" />

<TextView
    android:id="@ref/0x7f0a03b4"
    android:layout_marginTop="@ref/0x7f070642"
    android:text="@ref/0x7f1208ad"
    android:labelFor="@ref/0x7f0a03b1"
    app:layout_constraintStart_toStartOf="0"
    app:layout_constraintTop_toBottomOf="@ref/0x7f0a0429"
    style="@ref/0x7f1306a1" />

<com.google.android.material.card.MaterialCardView
    android:id="@ref/0x7f0a01c4"
    app:layout_constraintEnd_toStartOf="@ref/0x7f0a03b0"
    app:layout_constraintStart_toStartOf="0"
    app:layout_constraintTop_toBottomOf="@ref/0x7f0a03b4"
    style="@ref/0x7f1306a2">

    <EditText
        android:id="@ref/0x7f0a03b1"
        android:inputType="0x21"
``` |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | ```
        style="@ref/0x7f13069f" />
    </com.google.android.material.card.MaterialCardView>

    <ImageView
        android:id="@ref/0x7f0a03b0"
        android:contentDescription="@ref/0x7f1208af"
        app:layout_constraintBottom_toBottomOf="@ref/0x7f0a01c4"
        app:layout_constraintEnd_toEndOf="0"
        app:layout_constraintTop_toTopOf="@ref/0x7f0a01c4"
        style="@ref/0x7f1306a3" />

    <TextView
        android:id="@ref/0x7f0a03b3"
        android:layout_width="dimension(1)"
        android:text="@ref/0x7f1208ac"
        app:layout_constraintEnd_toEndOf="0"
        app:layout_constraintStart_toStartOf="0"
        app:layout_constraintTop_toBottomOf="@ref/0x7f0a01c4"
        style="@ref/0x7f1306a0" />

    <TextView
        android:id="@ref/0x7f0a0298"
        android:layout_marginTop="@ref/0x7f070642"
        android:text="@ref/0x7f1208a6"
        android:labelFor="@ref/0x7f0a0296"
        app:layout_constraintStart_toStartOf="0"
        app:layout_constraintTop_toBottomOf="@ref/0x7f0a03b3"
        style="@ref/0x7f1306a1" />

    <com.google.android.material.card.MaterialCardView
        android:id="@ref/0x7f0a01a9"
        app:layout_constraintEnd_toStartOf="@ref/0x7f0a0295"
        app:layout_constraintStart_toStartOf="0"
        app:layout_constraintTop_toBottomOf="@ref/0x7f0a0298"
        style="@ref/0x7f1306a2" />

        <com.google.android.material.textfield.TextInputEditText
            android:id="@ref/0x7f0a0296"
            android:longClickable="false"
            android:inputType="0x21"
            android:textIsSelectable="false"
            style="@ref/0x7f13069f" />
    </com.google.android.material.card.MaterialCardView>

    <ImageView
        android:id="@ref/0x7f0a0295"
        android:contentDescription="@ref/0x7f1208a8"
        app:layout_constraintBottom_toBottomOf="@ref/0x7f0a01a9"
        app:layout_constraintEnd_toEndOf="0"
        app:layout_constraintTop_toTopOf="@ref/0x7f0a01a9"
        style="@ref/0x7f1306a3" />
``` |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | ```
<TextView
    android:id="@ref/0x7f0a0297"
    android:layout_width="dimension(1)"
    android:text="@ref/0x7f1208ac"
    app:layout_constraintEnd_toEndOf="0"
    app:layout_constraintStart_toStartOf="0"
    app:layout_constraintTop_toBottomOf="@ref/0x7f0a01a9"
    style="@ref/0x7f1306a0" />

<TextView
    android:id="@ref/0x7f0a0703"
    android:layout_marginTop="@ref/0x7f070642"
    android:text="@ref/0x7f1208b8"
    android:labelFor="@ref/0x7f0a06fe"
    app:layout_constraintStart_toStartOf="0"
    app:layout_constraintTop_toBottomOf="@ref/0x7f0a0297"
    style="@ref/0x7f1306a1" />

<androidx.cardview.widget.CardView
    android:id="@ref/0x7f0a01cf"
    app:layout_constraintEnd_toStartOf="@ref/0x7f0a06fd"
    app:layout_constraintStart_toStartOf="0"
    app:layout_constraintTop_toBottomOf="@ref/0x7f0a0703"
    style="@ref/0x7f1306a2">

    <com.google.android.material.textfield.TextInputLayout
        android:id="@ref/0x7f0a0701"
        android:layout_width="-1"
        android:layout_height="-2"
        app:hintEnabled="false"
        app:passwordToggleEnabled="true"
        app:passwordToggleTint="@ref/0x7f0601d2">

        <com.weather.Weather.ui.WeatherEditText
            android:id="@ref/0x7f0a06ff"
            android:maxLength="64"
            app:passwordToggleEnabled="true"
            app:passwordToggleTint="@ref/0x7f0601d2"
            style="@ref/0x7f1303ff" />
    </com.google.android.material.textfield.TextInputLayout>
</androidx.cardview.widget.CardView>

<ImageView
    android:id="@ref/0x7f0a06fd"
    android:contentDescription="@ref/0x7f1208bb"
    app:layout_constraintBottom_toBottomOf="@ref/0x7f0a01cf"
    app:layout_constraintEnd_toEndOf="0"
    app:layout_constraintTop_toTopOf="@ref/0x7f0a01cf"
    style="@ref/0x7f1306a3" />

<TextView
    android:textStyle="0x0"
``` |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | ```
            android:textColor="@ref/0x7f06048a"
            android:id="@ref/0x7f0a0704"
            android:visibility="0"
            android:layout_width="dimension(1)"
            android:text="@ref/0x7f120605"
            android:contentDescription="@ref/0x7f120606"
            app:layout_constraintBottom_toTopOf="@ref/0x7f0a0159"
            app:layout_constraintEnd_toEndOf="@ref/0x7f0a06fd"
            app:layout_constraintStart_toStartOf="0"
            app:layout_constraintTop_toBottomOf="@ref/0x7f0a01cf"
            style="@ref/0x7f1306a0" />

        <TextView
            android:id="@ref/0x7f0a0700"
            android:visibility="2"
            android:layout_width="dimension(1)"
            android:text="@ref/0x7f120605"
            android:contentDescription="@ref/0x7f120606"
            app:layout_constraintBottom_toTopOf="@ref/0x7f0a0159"
            app:layout_constraintEnd_toEndOf="@ref/0x7f0a06fd"
            app:layout_constraintStart_toStartOf="0"
            app:layout_constraintTop_toBottomOf="@ref/0x7f0a01cf"
            style="@ref/0x7f1306a0" />

        <androidx.constraintlayout.widget.Barrier
            android:id="@ref/0x7f0a0159"
            android:layout_width="-2"
            android:layout_height="-2"
            app:barrierDirection="3"
            app:constraint_referenced_ids="password_suggestion_textView,password_error_textView" />

        <TextView
            android:id="@ref/0x7f0a02a0"
            android:layout_marginTop="@ref/0x7f070642"
            android:text="@ref/0x7f1208a9"
            android:labelFor="@ref/0x7f0a029b"
            app:layout_constraintStart_toStartOf="0"
            app:layout_constraintTop_toBottomOf="@ref/0x7f0a0159"
            style="@ref/0x7f1306a1" />

        <androidx.cardview.widget.CardView
            android:id="@ref/0x7f0a01aa"
            app:layout_constraintEnd_toStartOf="@ref/0x7f0a0299"
            app:layout_constraintStart_toStartOf="0"
            app:layout_constraintTop_toBottomOf="@ref/0x7f0a02a0"
            style="@ref/0x7f1306a2">

            <com.google.android.material.textfield.TextInputLayout
                android:id="@ref/0x7f0a029e"
                android:layout_width="-1"
                android:layout_height="-2"
                app:hintEnabled="false"
``` |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | ```
                    app:passwordToggleContentDescription="@ref/0x7f120602"
                    app:passwordToggleTint="@ref/0x7f0601d2">

                <com.google.android.material.textfield.TextInputEditText
                        android:id="@ref/0x7f0a029b"
                        android:longClickable="false"
                        android:maxLength="64"
                        android:textIsSelectable="false"
                        app:passwordToggleContentDescription="@ref/0x7f120602"
                        app:passwordToggleTint="@ref/0x7f0601d2"
                        style="@ref/0x7f1303ff" />
                </com.google.android.material.textfield.TextInputLayout>
            </androidx.cardview.widget.CardView>

            <ImageView
                    android:id="@ref/0x7f0a0299"
                    android:contentDescription="@ref/0x7f1208ab"
                    app:layout_constraintBottom_toBottomOf="@ref/0x7f0a01aa"
                    app:layout_constraintEnd_toEndOf="0"
                    app:layout_constraintTop_toTopOf="@ref/0x7f0a01aa"
                    style="@ref/0x7f1306a3" />

            <TextView
                    android:id="@ref/0x7f0a029d"
                    android:layout_width="dimension(1)"
                    android:text="@ref/0x7f1208b5"
                    app:layout_constrainedWidth="true"
                    app:layout_constraintEnd_toEndOf="0"
                    app:layout_constraintStart_toStartOf="0"
                    app:layout_constraintTop_toBottomOf="@ref/0x7f0a01aa"
                    style="@ref/0x7f1306a0" />

            <TextView
                    android:id="@ref/0x7f0a0457"
                    android:layout_width="-2"
                    android:layout_marginTop="@ref/0x7f070642"
                    android:text="@ref/0x7f120332"
                    android:labelFor="@ref/0x7f0a0454"
                    app:layout_constraintStart_toStartOf="0"
                    app:layout_constraintTop_toBottomOf="@ref/0x7f0a029d"
                    style="@ref/0x7f1306a1" />

            <ImageView
                    android:id="@ref/0x7f0a045b"
                    android:layout_width="dimension(4097)"
                    android:layout_height="dimension(4097)"
                    android:layout_marginTop="dimension(1025)"
                    android:src="@ref/0x7f080274"
                    android:contentDescription="@ref/0x7f1203a6"
                    android:layout_marginStart="dimension(2561)"
                    app:layout_constraintBottom_toBottomOf="@ref/0x7f0a0457"
                    app:layout_constraintStart_toEndOf="@ref/0x7f0a0457" />
``` |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | ```
<com.google.android.material.card.MaterialCardView
    android:id="@ref/0x7f0a01c8"
    app:layout_constraintEnd_toStartOf="@ref/0x7f0a0453"
    app:layout_constraintStart_toStartOf="0"
    app:layout_constraintTop_toBottomOf="@ref/0x7f0a0457"
    style="@ref/0x7f1306a2">

    <com.google.android.material.textfield.TextInputLayout
        android:id="@ref/0x7f0a0455"
        app:boxBackgroundColor="@ref/0x0106000d"
        app:boxStrokeWidth="dimension(1)"
        app:endIconDrawable="@ref/0x7f080228"
        app:endIconTint="@ref/0x7f0601d2"
        style="@ref/0x7f130402">

        <com.weather.Weather.ui.KeyValueDropDownView
            android:textColor="@ref/0x7f0604ff"
            android:id="@ref/0x7f0a0454"
            android:background="@ref/0x00000000"
            android:inputType="0x1"
            style="@ref/0x7f130400" />
    </com.google.android.material.textfield.TextInputLayout>
</com.google.android.material.card.MaterialCardView>

<ImageView
    android:id="@ref/0x7f0a0453"
    android:contentDescription="@ref/0x7f1208b3"
    app:layout_constraintBottom_toBottomOf="@ref/0x7f0a01c8"
    app:layout_constraintEnd_toEndOf="0"
    app:layout_constraintTop_toTopOf="@ref/0x7f0a01c8"
    style="@ref/0x7f1306a3" />

<CheckBox
    android:gravity="0x30"
    android:id="@ref/0x7f0a08f3"
    android:paddingTop="dimension(769)"
    android:layout_width="-2"
    android:layout_height="-2"
    android:layout_marginTop="@ref/0x7f070642"
    app:layout_constraintStart_toStartOf="0"
    app:layout_constraintTop_toBottomOf="@ref/0x7f0a01c8"
    style="@ref/0x7f1306a6" />

<TextView
    android:id="@ref/0x7f0a01e7"
    android:layout_width="dimension(1)"
    android:layout_height="-2"
    android:layout_marginStart="dimension(1793)"
    android:layout_marginEnd="@ref/0x7f07064e"
    android:labelFor="@ref/0x7f0a08f3"
    app:layout_constrainedWidth="true"
``` |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | ```
        app:layout_constraintBottom_toBottomOf="@ref/0x7f0a08f3"
        app:layout_constraintEnd_toEndOf="0"
        app:layout_constraintStart_toEndOf="@ref/0x7f0a08f3"
        app:layout_constraintTop_toTopOf="@ref/0x7f0a08f3" />

    <TextView
        android:id="@ref/0x7f0a0a35"
        android:layout_marginTop="dimension(1537)"
        android:text="@ref/0x7f1208c3"
        app:layout_constraintStart_toStartOf="0"
        app:layout_constraintTop_toBottomOf="@ref/0x7f0a01e7"
        style="@ref/0x7f1306a0" />

    <Button
        android:textColor="@ref/0x7f060501"
        android:id="@ref/0x7f0a0192"
        android:background="@ref/0x7f080071"
        android:layout_marginTop="dimension(7681)"
        android:text="@ref/0x7f120850"
        android:key="sign_up_button"
        app:layout_constraintStart_toStartOf="0"
        app:layout_constraintTop_toBottomOf="@ref/0x7f0a0a35"
        style="@ref/0x7f130004" />

    <TextView
        android:id="@ref/0x7f0a0122"
        android:layout_width="-2"
        android:layout_marginTop="@ref/0x7f070642"
        android:text="@ref/0x7f1206c9"
        app:layout_constraintStart_toStartOf="0"
        app:layout_constraintTop_toBottomOf="@ref/0x7f0a0192"
        style="@ref/0x7f1306a6" />

    <TextView
        android:textColor="@ref/0x7f06000a"
        android:id="@ref/0x7f0a05a6"
        android:text="@ref/0x7f12083b"
        android:layout_marginStart="dimension(2049)"
        app:layout_constraintBottom_toBottomOf="@ref/0x7f0a0122"
        app:layout_constraintStart_toEndOf="@ref/0x7f0a0122"
        style="@ref/0x7f1306a6" />

    <TextView
        android:textColor="@ref/0x7f0601c2"
        android:id="@ref/0x7f0a017b"
        android:visibility="2"
        android:layout_width="-1"
        android:layout_marginTop="@ref/0x7f070642"
        android:layout_marginStart="@ref/0x7f07064f"
        android:layout_marginEnd="@ref/0x7f07064e"
        app:layout_constraintStart_toStartOf="0"
        app:layout_constraintTop_toBottomOf="@ref/0x7f0a0122"
``` |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | ```
                    style="@ref/0x7f1306a6" />

                <TextView
                    android:textColor="@ref/0x7f06000a"
                    android:id="@ref/0x7f0a09bd"
                    android:layout_marginTop="@ref/0x7f070642"
                    android:text="@ref/0x7f1208c4"
                    android:paddingEnd="dimension(2561)"
                    app:layout_constraintStart_toStartOf="0"
                    app:layout_constraintTop_toBottomOf="@ref/0x7f0a017b"
                    style="@ref/0x7f1306a6" />

                <TextView
                    android:id="@ref/0x7f0a038e"
                    android:text="|"
                    android:importantForAccessibility="2"
                    app:layout_constraintBottom_toBottomOf="@ref/0x7f0a09bd"
                    app:layout_constraintStart_toEndOf="@ref/0x7f0a09bd"
                    app:layout_constraintTop_toTopOf="@ref/0x7f0a09bd"
                    style="@ref/0x7f1306a6" />

                <TextView
                    android:textColor="@ref/0x7f06000a"
                    android:id="@ref/0x7f0a0787"
                    android:text="@ref/0x7f1208be"
                    android:paddingStart="dimension(2561)"
                    app:layout_constraintBottom_toBottomOf="@ref/0x7f0a09bd"
                    app:layout_constraintStart_toEndOf="@ref/0x7f0a038e"
                    style="@ref/0x7f1306a6" />
            </androidx.constraintlayout.widget.ConstraintLayout>
        </ScrollView>

        <ProgressBar
            android:layout_gravity="0x11"
            android:id="@ref/0x7f0a0792"
            android:visibility="1"
            android:layout_width="@ref/0x7f070691"
            android:layout_height="@ref/0x7f070691"
            android:contentDescription="@ref/0x7f1208f8"
            android:indeterminateTint="@ref/0x7f06045f" />
</FrameLayout>
``` |
| 3. The client device of claim 2, wherein the control characteristics define visual representations of the | The Accused Instrumentalities employs and provides the client device where the control characteristics define visual representations of the controls that are included in the graphical user interface of the first networked information monitor. |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
| --- | --- |
| controls that are included in the graphical user interface of the first networked information monitor. | In the example below the first NIM template (within the APK file) further comprises control characteristics that define one or more visual representations of the controls (e.g., Horizontally scrolling hourly forecast) that are included in the GUI of the first NIM (Weather Channel app). Note the horizontal scrolling example below, in the hourly forecast.<br><br> |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | And vertical scrolling as shown in the next example. The image below shows how the content can be scrolled vertically to display data for each hour of the day. The ability to scroll demonstrates that there are the control characteristics that  define visual representations of the controls that are included in the graphical user interface of the first networked information mo<br><br> |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | Furthermore, on information and belief, code, which is not publicly available, and apps on the Accused Instrumentalities will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |
| 4. The client device of claim 1, wherein the plurality of networked information monitor templates further comprises a second networked information monitor template defining a second networked information monitor, wherein the second networked information monitor template comprises: | Accused Instrumentalities employs and provides the client device, where the plurality of networked information monitor templates further comprises a second networked information monitor template defining a second networked information monitor. For example,. th |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| |  On information and belief a second networked information monitor templates separate and aside from the exemplary weather channel app could exist on the Accused Instrumentalities. Furthermore, on information and belief, code, which is not publicly available, and apps on the Accused Instrumentalities will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| (1) a second content reference that comprises a second network location, which is different from the network location in the content reference of the first networked information monitor template, at which content for the second networked information monitor is accessible via the TCP/IP protocol; and | In the example below, the Accused Samsung Software in each and every Accused Samsung Device employs and provides a second content reference that comprises a second network location, which is different from the network location in the content reference of the first networked information monitor template, at which content for the second networked information monitor is accessible via the TCP/IP protocol.<br><br> |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | The image below shows the network traffic captured during the app download process. The Samsung Device is running on IP address 192.168.0.85. It is running through a proxy server to enable the capturing of network traffic. The proxy server is J2-Air.local in the image below, which then relays the connection from the Samsung Device to the content servers. Note the use of the TCP/IP protocol for the packets.<br><br><br><br>One installed, we run the Weather Channel for Samsung app for the first time. This results in the following TCP/IP network traffic. For this example the proxy server is IP address 192.168.0.248 and the Samsung Device is running on IP address 192.168.0.85. These TCP/IP packets resulting from running the app are shown in the following three Wireshark screenshots. On information and belief, the network information template would obtain content from the network using a similar process. |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| |  |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| |  On information and belief a second networked information monitor template exist on the Accused Instrumentalities that would obtain content from a URL in a similar manner. Evidence of one or more NIM templates being used to generate apps is seen below. |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
|  Furthermore, on information and belief, code, which is not publicly available, and apps on the Accused Instrumentalities will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. | |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| (2) a definition of a graphical user interface of the second networked information monitor that lacks controls for manually navigating a network, and that includes a second frame within which content received from the second network location can be displayed; and | In the example below, the Accused Samsung Software in each and every Accused Samsung Device employs and provides a definition of the graphical user interface of the second networked information monitor that lacks control for manually navigating a network (e.g., not a browser), and that includes a second frame within which content received from the second network location can be displayed.<br><br>In Android development the UI is typically built using "Layouts" which define 'Views" which are defined in XML and generally create elements the user can view and/or interact with.<br><br>&bull; "A layout defines the structure for a user interface in your app, such as in an activity. All elements in the layout are built using a hierarchy of View and ViewGroup objects. A View usually draws something the user can see and interact with."<br><br>According to the Android documentation these elements are created with XML:<br><br>&bull; ***Declare UI elements in XML.** Android provides a straightforward **XML** vocabulary that corresponds to the View classes and subclasses, such as those for widgets and layouts.*<br><br>*You can also use Android Studio's Layout Editor to build your XML layout using a drag-and-drop interface."*<br><br>&bull; *"Declaring your UI in XML allows you to separate the presentation of your app from the code that controls its behavior. Using XML files also makes it easy to provide different layouts for different screen sizes and orientations"*<br>&bull; *"The Android framework gives you the flexibility to use either or both of these methods to build your app's UI. For example, you can declare your app's default layouts in XML, and then modify the layout at runtime."* |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | • *"Write the XML. Using Android's XML vocabulary, you can quickly design UI layouts and the screen elements they contain, in the same way you create web pages in HTML"*<br><br>On information and belief a second networked information monitor templates separate and aside from the exemplary weather channel app could exist on the Accused Instrumentalities. Furthermore, on information and belief, code, which is not publicly available, and apps on the Accused Instrumentalities will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |
| (3) instructions configured (i) to cause the second networked information monitor to request content from the second network location in the second content reference via the TCP/IP protocol, and (ii) to cause the second networked information monitor to generate the graphical user interface of the second networked information monitor with the content | In the example below, the Accused Samsung Software in each and every Accused Samsung Device employs and provides instructions configured to cause the second networked information monitor to request content from the second network location in the second content reference via the TCP/IP protocol, and to cause the second networked information monitor to generate the graphical user interface of the second networked information monitor with the content received from the second network location via the TCP/IP protocol within the frame.<br><br>In the example below the Weather Channel for Samsung app is installed as shown in the image below left. Once installed the app can be opened, which, upon first run, will pop up a request for permission to access location. After granting location permission the app runs and automatically loads the weather for the current location, as shown below. Further on infromation and belief, content is requested from a network location via TCP/IP protocol. |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| received from the second network location via the TCP/IP protocol within the frame. |  f<br><br>On information and belief a second networked information monitor templates separate and aside from the exemplary weather channel app could exist on the Accused Instrumentalities that obtains content from a second location. . Furthermore, on information and belief, code, which is not publicly available, and apps on the Accused Instrumentalities will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | belief, all variations of the Accused Instrumentalities operate in the same infringing manner.Furthermore, on information and belief, code, which is not publicly available, and apps on the Accused Instrumentalities will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |
| 5. The client device of claim 4, wherein the one or more processors are further configured to execute the second networked information monitor template such that the graphical user interface of the second networked information monitor is presented to the user on the electronic display separately and discretely from the user interface of the first networked information monitor, and having content therein received from | In the example below, the Accused Samsung Software in each and every Accused Samsung Device employs and provides the client device where the one or more processors are further configured to execute the second networked information monitor template such that the graphical user interface of the second networked information monitor is presented to the user on the electronic display separately and discretely from the user interface of the first networked information monitor, and having content therein received from the second content reference.<br><br>Samsung Galaxy Phone processors shown below. |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| the second content reference. |  |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| |  |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| |  |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| |  References:<br>• https://en.wikipedia.org/wiki/Samsung_Galaxy_S20<br>• https://semiconductor.samsung.com/processor/mobile-processor/<br>• https://android.fandom.com/wiki/List_of_Samsung_Galaxy_devices<br><br>The  below example is a GUI of the first NIM (Weather Channel App) presented on the electronic display. |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| |  On information and belief a second networked information monitor templates separate and aside from the exemplary weather channel app could exist on the Accused Instrumentalities. Furthermore, on information and belief, code, which is not publicly available, and apps on the Accused Instrumentalities will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| 6. The client device of claim 1, wherein the one or more processors are further configured to transmit a request to a server for a further networked information monitor template responsive to reception of a user request for a further networked information monitor defined by the further networked information monitor template. | In the example below, the Accused Samsung Software in each and every Accused Samsung Device employs and provides the client device where the one or more processors are further configured to transmit a request to a server for a further networked information monitor template responsive to reception of a user request for a further networked information monitor defined by the further networked information monitor template.<br><br>Current Galaxy Phone processors are shown below.<br><br> |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| |  |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| |  |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| |  |

References:
- https://en.wikipedia.org/wiki/Samsung_Galaxy_S20
- https://semiconductor.samsung.com/processor/mobile-processor/

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | • https://android.fandom.com/wiki/List_of_Samsung_Galaxy_devices<br>In the example below, are views of Galaxy phones with multiple apps available.<br><br><br><br>Source: CNET: "Here's every Galaxy S phone since 2010" accessed at (https://www.cnet.com/pictures/evolution-history-samsung-galaxy-phones/)<br><br>On information and belief a the processors are configured such that p they can transmit a request to a server for a further networked information monitor template responsive to reception of a user request. Evidence of this is seen in the fact that multiple apps can run on the phone as seen below. |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | <br><br> Furthermore, on information and belief, code, which is not publicly available, and apps on the Accused Instrumentalities will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| 7. The client device of claim 6, wherein the electronic storage is configured to electronically store the received further networked information monitor template, responsive to reception of the further networked information monitor template from the server. | On information and belief, the Accused Samsung Software in each and every Accused Samsung Device employs and provides the client device where the electronic storage is configured to electronically store the received further networked information monitor template, responsive to reception of the further networked information monitor template from the server. Electronic storage can be reviewed in the device settings under (Battery and Device Care → Storage) as shown below. The overall storage is listed as well as that of specific network information monitors. This shows that the device can be configured to store NIM Templates.<br><br>On information and belief that there are instances built into the structure of the Android System where all accused devices are configured to electronically store the NIM template responsive to the reception of the further NIM template from the server. |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| |  |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
|  Furthermore, on information and belief, code, which is not publicly available, and apps on the Accused Instrumentalities will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. | |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| 8. The client device of claim 7, wherein the one or more processors are further configured to execute the further networked information monitor template. | In the example below, the Accused Samsung Software in each and every Accused Samsung Device employs and provides the client device where the one or more processors are further configured to execute the further networked information monitor. Current Galaxy Phone processors are shown below.<br><br> |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
| --- | --- |
| |  |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| |  |

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| |  |

References:
- https://en.wikipedia.org/wiki/Samsung_Galaxy_S20
- https://semiconductor.samsung.com/processor/mobile-processor/

**Exhibit B : Best Buy's Infringement of United States Patent No. 8,020,083**

| US 8,020,083 | Accused Instrumentalities |
|---|---|
| | • https://android.fandom.com/wiki/List_of_Samsung_Galaxy_devices <br><br> Furthermore, on information and belief, code, which is not publicly available, and apps on the Accused Instrumentalities will demonstrate that the Accused Instrumentalities meet this limitation. Additionally, on information and belief, all variations of the Accused Instrumentalities operate in the same infringing manner. |