# EXHIBIT 18

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **DODOTS LICENSING SOLUTIONS LLC,** | |
| **Plaintiff,** | |
| **v.** | |
| **SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., BEST BUY STORES, L.P., BESTBUY.COM, LLC, AND BEST BUY TEXAS.COM, LLC,** | **Case No. 6:22-cv-00535-ADA-DTG** |
| **Defendants.** | |

## DECLARATION OF MICHAEL J. BALLANCO

I, Michael J. Ballanco, declare as follows:

1.      I am an attorney at the law firm of Fish & Richardson P.C.  I make this declaration on behalf of my clients, Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") (collectively, "Samsung"), Best Buy Stores, L.P., BestBuy.com, LLC, and Best Buy Texas.com, LLC (collectively, "Best Buy") (together, "Defendants").  I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.  I file this declaration in support of Defendants' Opposed Motion to Transfer Pursuant to 28 U.S.C. § 1404(a).

2.      I understand that Plaintiff DoDots Licensing Solutions LLC asserts the following claims against Samsung in this case and Apple in *DoDots Licensing Solutions, LLC v. Apple, Inc., et al.*, No. 6:22-cv-00533 (W.D. Tex.):

| Patent | Samsung | Apple |
|---|---|---|
| 8,020,083 | Claims 1-9 | Claims 1-9 |
| 8,510,407 | Claims 1-4, 8-13, and 20-24 | Claims 1-4, 8-13, and 20-24 |
| 9,369,545 | Claims 1-10 and 12-15 | Claims 1-10 and 12-15 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed at Washington, DC this 11th day of January, 2023.

*/s/ Michael J. Ballanco*
Michael J. Ballanco